**Verified Complaint to Quiet Title and for Damages**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JOHNNY LEE HORNE, Trustee,
JOHNNY LEE HORNE Private Irrevocable Foreign Grantor Trust (Plaintiff),

v.

BSI FINANCIAL SERVICES;
ADAM SCHWARTZ (Atlas | Solomon PLLC);
UNLOCK TECHNOLOGIES, INC.,
Defendants.

Case No. ____________

**I. JURISDICTION AND VENUE**

1. This Court has jurisdiction under 28 U.S.C. § 1331 as the claims arise under federal law.
2. Venue is proper in this Court as the subject property is located in Palm Beach County, Florida, and the events giving rise to this Complaint occurred within this District.

**II. PARTIES**

3. Plaintiff JOHNNY LEE HORNE, Trustee of the JOHNNY LEE HORNE Private Irrevocable Foreign Grantor Trust, is the secured creditor and authorized trustee of the subject property.
4. Defendant BSI FINANCIAL SERVICES is a mortgage servicer and party to the foreclosure action.
5. Defendant ADAM SCHWARTZ, attorney with Atlas | Solomon PLLC, engaged in acts described herein in dishonor, misconduct, and overreach despite prior tender.
6. Defendant UNLOCK TECHNOLOGIES, INC. claims an unlawful lien against the subject property.

**III. PROPERTY DESCRIPTION**

7. The property at issue is described as follows:
Lot 29, The Acreage, according to the Plat thereof as recorded in Plat Book 12, Page 56, of the Public Records of Palm Beach County, Florida.
Property Address: 11386 61st Street North, West Palm Beach, FL 33412.

**IV. FACTUAL BACKGROUND**

8. Plaintiff tendered the mortgage obligation to BSI

Financial Services, which returned a Copy B evidencing acceptance.

9. Despite this, Defendant Adam Schwartz filed an initial foreclosure complaint in state court, which was dishonor, overreaching, and constituted misconduct.

10. Plaintiff also tendered the foreclosure and received IRS Copy B acceptance.

11. Plaintiff tendered the lien by Unlock Technologies and released a Copy B return from the Comptroller confirming discharge.

12. Plaintiff lawfully removed the foreclosure matter into federal jurisdiction and closed the state case with no charges.

13. The Florida Fourth District Court of Appeal issued multiple orders confirming the case was closed.

14. Despite this, Defendant Schwartz moved to strike and, through the Clerk, continued to reopen the Clerk file, unlawfully imposing fees and encumbrances.

15. Plaintiff has received fifteen (15) fraudulent hearing appearance notices by U.S. Mail, constituting misconduct and abuse of process.

16. On August 9, 2025, Defendants caused seven (7) duplicative mailings to be sent to Plaintiff. On August 16, 2025, Defendants caused eight (8) duplicative mailings to be sent to Plaintiff. These total fifteen (15) duplicative filings, each attempting to reopen a matter already removed to federal jurisdiction by affidavit.

17. Said affidavit of removal has never been rebutted and therefore stands as judgment on the record.

18. These duplicative mailings constitute dishonor, overreach, misconduct, abuse of the record, and conduct consistent with mail fraud under 18 U.S.C. § 1341. While Plaintiff acknowledges that criminal prosecution is reserved to the United States, such conduct is relevant to this Court's determination of punitive damages.

19. Plaintiff has documented ongoing injury through continued false credit reporting of late charges, causing measurable harm.

20. Plaintiff has demonstrated attempts to mitigate and repair these injuries, including certified mailings for correction, which were duly sent with return receipts requested (Form 3811), with responses still pending within the 30-day period.

V. CLAIMS

Count I – Quiet Title

21. Plaintiff has satisfied and discharged all obligations related to the subject property, as evidenced by Copy B tenders.
22. Defendants, by maintaining false claims and lis pendens, cloud Plaintiff's title.
23. Plaintiff is entitled to judgment quieting title, declaring all liens, lis pendens, and encumbrances void.

Count II – Damages
24. Plaintiff incorporates paragraphs 1–23.
25. Defendants acted in dishonor, overreach, misconduct, abuse of the record, and engaged in conduct consistent with mail fraud by sending fifteen (15) duplicative mailings after lawful removal.
26. Plaintiff invokes the doctrines of Conclusion of Defense and Bargain, Affirmative Silence, and a bar against affirmative filings, reserving the right to move the Court to enforce these doctrines once the case is formally opened.
27. Plaintiff has suffered damages due to Defendants' misconduct, including mail fraud conduct, wrongful reopening of a closed case, continuing credit injury, reputational harm, and financial obstruction.
28. Punitive damages are necessary to punish Defendants and deter further misconduct.

**VI. RELIEF REQUESTED**

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Quiet title to the subject property;
B. Cancel all liens, lis pendens, and encumbrances;
C. Award damages in the amount of $5,000,000.00 payable to the JOHNNY LEE HORNE Private Irrevocable Foreign Grantor Trust;
D. Recognize Plaintiff's right to assert the doctrines of Conclusion of Defense and Bargain, Affirmative Silence, and a bar against affirmative filings by motion once the docket is live;
E. Grant such other relief as this Court deems proper.

Respectfully submitted,

09-22-2025

Johnny Horne, Trustee
JOHNNY LEE HORNE Private Irrevocable Foreign Grantor Trust

**Proposed Order Quieting Title, Awarding Damages, and Issuing Writ of Execution**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JOHNNY LEE HORNE, Trustee,
JOHNNY LEE HORNE Private Irrevocable Foreign Grantor Trust (Plaintiff),

v.

BSI FINANCIAL SERVICES;
ADAM SCHWARTZ (Atlas | Solomon PLLC);
UNLOCK TECHNOLOGIES, INC.,
Defendants.

Case No. ____________

IT IS HEREBY ORDERED AND ADJUDGED that:

1. Title to the property described as: Lot 29, The Acreage, according to the Plat thereof as recorded in Plat Book 12, Page 56, of the Public Records of Palm Beach County, Florida. Property Address: 11386 61st Street North, West Palm Beach, FL 33412, is hereby QUIETED in favor of Plaintiff, free and clear of any lien, lease pendens, encumbrance, or claim of Defendants.

2. All liens, lease pendens, and encumbrances recorded or claimed by Defendants are declared null, void, and of no effect.

3. Plaintiff is awarded compensatory and punitive damages in the total amount of $5,000,000.00.

4. Plaintiff has established that Defendants engaged in misconduct, dishonor, overreach, abuse of the record, and mailed fifteen (15) fraudulent and duplicative hearing appearance notices (seven on August 9, 2025, and eight on August 16, 2025) attempting to reopen a matter lawfully removed to federal jurisdiction. Said affidavit of removal was never rebutted and therefore stands as judgment on the record.

5. Plaintiff has documented continuing credit harm and

demonstrated attempts to mitigate these injuries by certified mailings, with responses pending, further supporting entitlement to damages.

6. The doctrines of Conclusion of Defense and Bargain, Affirmative Silence, and a bar against affirmative filings are recognized as preserved, enforceable by motion once the case is formally open.

7. The damages award shall be paid directly into the JOHNNY LEE HORNE Living Revocable Trust account on record with PNC Bank, either by wire transfer or cashier's check payable to the Trust, consistent with Plaintiff's designation.

8. The Clerk is directed to issue a Writ of Execution forthwith to enforce this judgment in accordance with the payout instructions set forth herein.

9. The Court reserves jurisdiction to enforce this Order and to issue any further writs or relief as necessary.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this ___ day of __________, 2025.

______________________________________

UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: ____________________

JOHNNY LEE HORNE private irrevocable, foreign grantor trust,
By and through Trustee, Johnny Horne,
Plaintiff,

v.

BSI Financial Services;
Adam Schwartz, Atlas | Solomon PLLC;
Unlock Technologies, Inc.,
Defendants.

**EXHIBIT LIST**

**Exhibit 1 – IRS Form 1099-A and 1099-B Filings**
Copies of perfected tender instruments filed with the IRS. Proof that IRS issued Copy B notices to Defendants, establishing liability and notice of obligation under federal law. Demonstrates the debt was lawfully tendered and discharged in accordance with trust process.

**Exhibit 2 – Federal Remand Order**
Certified order of remand confirming the case was removed from state jurisdiction and fell under federal authority. Establishes that further state actions were void.

**Exhibit 3 – State Appellate Court Orders (Three Orders)**
Three orders from the Florida Fourth District Court of Appeal affirming case closure and barring further state jurisdiction. Evidence that no valid foreclosure or lien proceedings may continue under state court authority.

**Exhibit 4 – Affidavit of Director of Civil Courts**
Converted handwritten note from the Director of Civil Courts into sworn affidavit under penalty of perjury. Confirms acknowledgment of improper handling and misconduct within the state system.

**Exhibit 5 – Tender of Lis Pendens and Foreclosure Case**
Proof that Plaintiff trust tendered and resolved both the lis pendens and the foreclosure case through the perfected

Exhibit

private administrative process. Establishes that no valid lien or foreclosure claim remains enforceable against trust property.

**Exhibit 6 – Credit Reports Showing Ongoing Injury**

Credit reports evidencing continued unlawful reporting of a mortgage obligation despite perfected tender and discharge. Establishes ongoing injury and damages to the trust.

**Exhibit 7 – Certified Mailing Receipts and Letters to Credit Reporting Agencies**

Copies of demand letters sent to Experian, Equifax, and TransUnion with certified mail receipts as proof of notice. Establishes that Defendants and third parties were placed on notice, and their failure to respond (no returned 3811) constitutes non-rebuttal and dishonor.

**Exhibit 8 – Adam Schwartz's Initial State Court Complaint**

Complaint filed by Adam Schwartz in state court despite prior tender of the mortgage, showing dishonorable and fraudulent reopening of foreclosure proceedings. Demonstrates bad faith and misconduct by opposing counsel.

**Exhibit 9A – Sample Dishonorable Letter from Adam Schwartz**

Representative copy of one of the fourteen (14) letters mailed after the case was closed, attempting to perpetrate fraudulent hearings via metered U.S. Mail. Provides physical proof of dishonorable communication.

**Exhibit 9B – Affidavit of Trustee Regarding Dishonorable Mailings**

Affidavit executed under penalty of perjury by Trustee Johnny Horne, affirming receipt of fourteen (14) materially identical letters from Adam Schwartz, all mailed after case closure. Establishes a clear pattern of mail fraud, harassment, and dishonorable conduct.

NOTE:

This Exhibit List is submitted in support of Plaintiff's perfected ledger and complaint. The entire complaint arises from perfected administrative process, including tender of the lis pendens and foreclosure case, trust enforcement filings already on record, and federal appellate recognition. This filing serves to correspond the perfected ledger with this Court's active docket under Article III jurisdiction.

Exhibit O-1

☐ CORRECTED ( If checked )

| | | | |
|---|---|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no<br>Johnny HORNE living revocable trust<br>11386 61 st n<br>west palm beach FL 33412<br>US - Phone:5613731731 | Applicable checkbox on Form 8949<br>B | OMB No. 1545-0715<br>**2024**<br>Form 1099-B | **Proceeds From Broker and Barter Exchange Transactions** |
| | 1a Description of property (Example: 100 sh. XYZ Co.)<br>Trust to trust transfer LR trust to FGT | | |
| PAYER'S TIN<br>93-6659274 — RECIPIENT'S TIN<br>98-6126374 | 1b Date acquired<br>09/22/2025 | 1c Date sold or disposed<br>12/31/2025 | **Copy B For Recipient** |
| RECIPIENT'S name, address,City or town, state or province, ZIP/ postal code & Country<br>JOHNNY LEE HORNE private irrevocable FGT<br>11386 61st n<br>West palm beach FL 33412<br>US<br>5623731731 | 1d Proceeds<br>$ 5000000.00 | 1e Cost or other basis<br>$0.00 | |
| | 1f Accrued market discount<br>$0.00 | 1g Wash sale loss disallowed<br>$0.00 | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 2 Short-term gain or loss ☐<br>Long-term gain or loss ☐<br>Ordinary ☐ | 3 If checked, proceeds from:<br>Collectibles ☐<br>QOF ☐ | |
| Account number (see instructions)<br>149917895825 | 4 Federal income tax withheld<br>$ 0.00 | 5 If checked, noncovered security ☐ | |
| CUSIP number<br>25cv80343 — FATCA filing requirement ☐ | 6 Reported to IRS:<br>Gross proceeds ☐<br>Net proceeds ☐ | 7 If checked, loss is not allowed based on amount in 1d ☐ | |
| | 8 Profit or (loss) realized in 2024 on closed contracts<br>$ | 9 Unrealized profit or (loss) on open contracts—12/31/2023<br>$ | |
| 14 State name — 15 State identification no. — 16 State tax withheld<br>$ 0.00 | 10 Unrealized profit or (loss) on open contracts—12/31/2024<br>$ | 11 Aggregate profit or (loss) on contracts<br>$ | |
| | 12 If checked, basis reported to IRS ☐ | 13 Bartering<br>$0.00 | |

Form **1099-B** www.tax1099.com - IRS Approved e File Provider www.irs.gov/Form1099B

**Instructions for Recipient**

Brokers and barter exchanges must report proceeds from (and in some cases, basis for) transactions to you and the IRS on Form 1099-B. Reporting is also required when your broker knows or has reason to know that a corporation in which you own stock has had a reportable change in control or capital structure. You may be required to recognize gain from the receipt of cash, stock, or other property that was exchanged for the corporation's stock. If your broker reported this type of transaction to you, the corporation is identified in box 1a.

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (SSN, ITIN, ATIN, or EIN). However, the issuer has reported your complete TIN to the IRS.
**Account number.** May show an account or other unique number the payer has assigned to distinguish your account.
**CUSIP number.** Shows the CUSIP (Committee on Uniform Security Identification Procedures) number or other applicable identifying number.
**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its account reporting requirement under chapter 4 of the Internal Revenue Code. You may also have a filing requirement. See the Instructions for Form 8938.
**Applicable checkbox on Form 8949.** Indicates where to report this transaction on Form 8949 and Schedule D (Form 1040), and which checkbox is applicable. See the instructions for your Schedule D (Form 1040) and/or Form 8949.
**Box 1a.** Shows a brief description of the item or service for which amounts are being reported. For regulated futures contracts and forward contracts, "RFC" or other appropriate description may be shown. For Section 1256 option contracts, "Section 1256 option" or other appropriate description may be shown. For a corporation that had a reportable change in control or capital structure, this box may show the class of stock as C (common), P (preferred), or O (other).

**Box 1b.**This box may be blank if box 5 is checked or if the securities sold were acquired on a variety of dates. For short sales, the date shown is the date you acquired the security delivered to close the short sale.

**Box 1c.**Shows the trade date of the sale or exchange. For short sales, the date shown is the date the security was delivered to close the short sale. For aggregate reporting in boxes 8 through 11, no entry will be present.
**Box 1d.**Shows the cash proceeds, reduced by any commissions or transfer taxes related to the sale, for transactions involving stocks, debt, commodities, forward contracts, non-Section 1256 option contracts, or securities futures contracts. May show the proceeds from the disposition of your interest(s) in a widely held fixed investment trust. May also show the aggregate amount of cash and the fair market value of any stock or other property received in a reportable change in control or capital structure arising from the corporate transfer of property to a foreign corporation. Losses on forward contracts or non-Section 1256 option contracts are shown in parentheses. This box does not include proceeds from regulated futures contracts or Section 1256 option contracts. Report this amount on Form 8949 or on Schedule D (Form 1040) (whichever is applicable) as explained in the Instructions for Schedule D (Form 1040).
**Box 1e.**Shows the cost or other basis of securities sold. If the securities were acquired through the exercise of a noncompensatory option granted or acquired on or after January 1, 2014, the basis has been adjusted to reflect your option premium. If the securities were acquired through the exercise of a noncompensatory option granted or acquired before January 1, 2014, your broker is permitted, but not required, to adjust the basis to reflect your option premium. If the securities were acquired through the exercise of a compensatory option, the basis has not been adjusted to include any amount related to the option that was reported to you on a Form W-2. If box 5 is checked, box 1e may be blank. See the Instructions for Form 8949, the Instructions for Schedule D (Form 1040), or Pub. 550 for details.
*(Continued on the back of Copy 2.)*

18

Exhibit O-1

☐ CORRECTED ( If checked )

| | | | |
|---|---|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no<br>Johnny HORNE living revocable trust<br>11386 61 st n<br>west palm beach FL 33412<br>US - Phone:5613731731 | Applicable checkbox on Form 8949<br>B | OMB No. 1545-0715<br>**2024**<br>Form **1099-B** | **Proceeds From Broker and Barter Exchange Transactions** |
| | 1a Description of property (Example: 100 sh. XYZ Co.)<br>Trust to trust transfer LR trust to FGT | | |

| | | | | |
|---|---|---|---|---|
| PAYER'S TIN<br>93-6659274 | RECIPIENT'S TIN<br>98-6126374 | 1b Date acquired<br>09/22/2025 | 1c Date sold or disposed<br>12/31/2025 | **Copy C For Payer**<br><br>For Privacy Act and Paperwork Reduction Act Notice, see the 2024 General Instructions for Certain Information Returns |
| RECIPIENT'S name, address,City or town, state or province, ZIP/ postal code & Country<br>JOHNNY LEE HORNE private irrevocable FGT<br>11386 61st n<br>West palm beach FL 33412<br>US<br>5623731731 | | 1d Proceeds<br>$5000000.00 | 1e Cost or other basis<br>$0.00 | |
| | | 1f Accrued market discount<br>$0.00 | 1g Wash sale loss disallowed<br>$0.00 | |
| | | 2 Short-term gain or loss ☐<br>Long-term gain or loss ☐<br>Ordinary ☐ | 3 If checked, proceeds from:<br>Collectibles ☐<br>QOF ☐ | |
| Account number (see instructions)<br>149917895825 | | 4 Federal income tax withheld<br>$ 0.00 | 5 If checked, noncovered security ☐ | |
| CUSIP number<br>25cv80343 | FATCA filing requirement☐ | 6 Reported to IRS:<br>Gross proceeds ☐<br>Net proceeds ☐ | 7 If checked, loss is not allowed based on amount in 1d ☐ | |
| | | 8 Profit or (loss) realized in 2024 on closed contracts<br>$ | 9 Unrealized profit or (loss) on open contracts—12/31/2023<br>$ | |

| 14 State name | 15 State identification no. | 16 State tax withheld | | |
|---|---|---|---|---|
| | | $ 0.00 | 10 Unrealized profit or (loss) on open contracts—12/31/2024<br>$ | 11 Aggregate profit or (loss) on contracts<br>$ |
| | | | 12 If checked, basis reported to IRS ☐ | 13 Bartering<br>$0.00 |

Form **1099-B** www.tax1099.com - IRS Approved e File Provider www.irs.gov/Form1099B

**Instructions for Payer**

To complete Form 1099-B, use:

. The 2023 General Instructions for Certain Information Returns, and
. The 2023 Instructions for Form 1099-B. To order these instructions and additional forms, go to www.irs.gov/Form1099B.

**Caution:** Because paper forms are scanned during processing, you cannot file with the IRS Forms 1096, 1097, 1098, 1099, 3921, or 5498 that you print from the IRS website.

**Filing and furnishing.** For filing and furnishing instructions, including due dates, and requesting filing or furnishing extensions, see the 2023 General Instructions for Certain Information Returns.

**Foreign recipient.** If the recipient of the proceeds is a nonresident alien, you may have to withhold federal income tax and file Form 1042-S. See the Instructions for Form 1042-S, and Pub. 515.

**Need help?** If you have questions about reporting on Form 1099-B, call the information reporting customer service site toll free at 866-455-7438 or 304-263-8700 (not toll free). Persons with a hearing or speech disability with access to TTY/TDD equipment can call 304-579-4827 (not toll free).

Exhibit 1

CLERK OF THE CIRCUIT COURT AND COMP CONT
PO BOX 4036
West Palm Beach, FL 33402
US

ZZY0317A 3127 1 MB 0.622
7000003145 00.0007.0326 3127/1

JOHNNY LEE HORNE IRREVOCABLE FOREIGN GRA
C/O 11386 61ST ST. N.
WEST PALM BEACH FL 33412-1818

☐ CORRECTED (if checked)

**Proceeds From Broker and Barter Exchange Transactions**

| Field | Value |
|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | CLERK OF THE CIRCUIT COURT AND COMP CONT<br>PO BOX 4036<br>West Palm Beach, FL 33402<br>US<br>Phone: (561) 355-2996 |
| Applicable checkbox on Form 8949 | B |
| OMB No. 1545-0715 | 2024 Form 1099-B |
| 1a Description of property (Example: 100 sh. XYZ Co.) | UNWARRANTED LIEN REMOVAL |
| 1b Date acquired | 01/01/2024 |
| 1c Date sold or disposed | 12/31/2024 |
| 1d Proceeds | $ 250,000.00 |
| 1e Cost or other basis | $ 0.00 |
| PAYER'S TIN | 59-6000785 |
| RECIPIENT'S TIN | XX-XXX6634 |
| 1f Accrued market discount | $ 0.00 |
| 1g Wash sale loss disallowed | $ 0.00 |
| RECIPIENT'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code | JOHNNY LEE HORNE IRREVOCABLE FOREIGN GRA<br>C/O 11386 61ST ST. N.<br>WEST PALM BEACH, FL 33412<br>US |
| 2 Short-term gain or loss ☐ Long-term gain or loss ☐ Ordinary ☐ | |
| 3 If checked, proceeds from: Collectibles ☐ QOF ☐ | |
| 4 Federal income tax withheld | $ 60,000.00 |
| 5 If checked, noncovered security ☐ | |
| 6 Reported to IRS: Gross proceeds ☐ Net proceeds ☐ | |
| 7 If checked, loss is not allowed based on amount in 1d ☐ | |
| Account number (see instructions) | 173574157578 |
| 8 Profit or (loss) realized in 2024 on closed contracts | $ 0.00 |
| 9 Unrealized profit or (loss) on open contracts—12/31/2023 | $ 0.00 |
| CUSIP number | 986126634 |
| FATCA filing requirement ☐ | |
| 10 Unrealized profit or (loss) on open contracts—12/31/2024 | $ 0.00 |
| 11 Aggregate profit or (loss) on contracts | $ 0.00 |
| 14 State name | |
| 15 State identification no. | |
| 16 State tax withheld | $<br>$ |
| 12 If checked, basis reported to IRS ☐ | |
| 13 Bartering | $ 0.00 |

**Copy B For Recipient**

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

Form **1099-B** (Keep for your records) www.irs.gov/Form1099B Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

**Proceeds From Broker and Barter Exchange Transactions**

| Field | Value |
|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | CLERK OF THE CIRCUIT COURT AND COMP<br>CONT<br>PO BOX 4036<br>West Palm Beach, FL 33402<br>US<br>Phone: (561) 355-2996 |
| Applicable checkbox on Form 8949 | B |
| OMB No. 1545-0715 | 2024 Form 1099-B |
| 1a Description of property (Example: 100 sh. XYZ Co.) | UNWARRANTED LIEN REMOVAL |
| 1b Date acquired | 01/01/2024 |
| 1c Date sold or disposed | 12/31/2024 |
| 1d Proceeds | $ 250,000.00 |
| 1e Cost or other basis | $ 0.00 |
| PAYER'S TIN | 59-6000785 |
| RECIPIENT'S TIN | XX-XXX6634 |
| 1f Accrued market discount | $ 0.00 |
| 1g Wash sale loss disallowed | $ 0.00 |
| RECIPIENT'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code | JOHNNY LEE HORNE IRREVOCABLE FOREIGN GRA<br>C/O 11386 61ST ST. N. |
| 2 Short-term gain or loss ☐ Long-term gain or loss ☐ Ordinary ☐ | |
| 3 If checked, proceeds from: Collectibles ☐ QOF ☐ | |
| 4 Federal income tax withheld | |
| 5 If checked, noncovered | |

**Copy 2**
To be filed with recipient's state income tax return, when required.

21

Exhibit 1

JPMORGAN CHASE NA
383 MADISON AVENUE
NEW YORK CITY, NY 10017
US

ZZY1219A 288 1 MB 0.622
4000000879 877/1

JOHNNY HORNE
11386 61 ST N
WEST PALM BEACH FL 33412-1818

☐ CORRECTED (if checked)

| | | | |
|---|---|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>JPMORGAN CHASE NA<br>383 MADISON AVENUE<br>NEW YORK CITY, NY 10017<br>US<br>Phone: (212) 270-6000 | Applicable checkbox on Form 8949<br>B | OMB No. 1545-0715<br>2024<br>Form 1099-B | **Proceeds From Broker and Barter Exchange Transactions** |
| | 1a Description of property (Example: 100 sh. XYZ Co.)<br>HOME INVESTMENT CHASE | | |
| | 1b Date acquired<br>01/01/2023 | 1c Date sold or disposed | |
| | 1d Proceeds<br>$ 4,800,000.00 | 1e Cost or other basis<br>$ 0.00 | **Copy B**<br>**For Recipient** |
| PAYER'S TIN 13-4994650 / RECIPIENT'S TIN XXX-XX-5800 | 1f Accrued market discount<br>$ 0.00 | 1g Wash sale loss disallowed<br>$ 0.00 | |
| RECIPIENT'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code<br>JOHNNY HORNE<br>11386 61 ST N<br>WEST PALM BEACH, FL 33412<br>US | 2 Short-term gain or loss ☐<br>Long-term gain or loss ☐<br>Ordinary ☐ | 3 If checked, proceeds from:<br>Collectibles ☐<br>QOF ☐ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 4 Federal income tax withheld<br>$ 250,000.00 | 5 If checked, noncovered security ☐ | |
| | 6 Reported to IRS:<br>Gross proceeds ☐<br>Net proceeds ☐ | 7 If checked, loss is not allowed based on amount in 1d ☐ | |
| Account number (see instructions)<br>924723854357 | 8 Profit or (loss) realized in 2024 on closed contracts<br>$ 0.00 | 9 Unrealized profit or (loss) on open contracts—12/31/2023<br>$ 0.00 | |
| CUSIP number 74441J811 / FATCA filing requirement ☐ | 10 Unrealized profit or (loss) on open contracts—12/31/2024<br>$ 0.00 | 11 Aggregate profit or (loss) on contracts<br>$ 0.00 | |
| 14 State name / 15 State identification no. / 16 State tax withheld<br>$<br>$ | 12 If checked, basis reported to IRS ☐ | 13 Bartering<br>$ 0.00 | |

Form **1099-B** (Keep for your records) www.irs.gov/Form1099B Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

| | | | |
|---|---|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>JPMORGAN CHASE NA<br>383 MADISON AVENUE<br>NEW YORK CITY, NY 10017<br>US<br>Phone: (212) 270-6000 | Applicable checkbox on Form 8949<br>B | OMB No. 1545-0715<br>2024<br>Form 1099-B | **Proceeds From Broker and Barter Exchange Transactions** |
| | 1a Description of property (Example: 100 sh. XYZ Co.)<br>HOME INVESTMENT CHASE | | |
| | 1b Date acquired<br>01/01/2023 | 1c Date sold or disposed | |
| | 1d Proceeds<br>$4,800,000.00 | 1e Cost or other basis<br>$ 0.00 | **Copy 2**<br>**To be filed with recipient's state income tax return, when required.** |
| PAYER'S TIN 13-4994650 / RECIPIENT'S TIN XXX-XX-5800 | 1f Accrued market discount<br>$ 0.00 | 1g Wash sale loss disallowed<br>$ 0.00 | |
| RECIPIENT'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code<br>JOHNNY HORNE<br>11386 61 ST N | 2 Short-term gain or loss ☐<br>Long-term gain or loss ☐<br>Ordinary ☐ | 3 If checked, proceeds from:<br>Collectibles ☐<br>QOF ☐ | |
| | 4 Federal income tax withheld | 5 If checked, noncovered | |

Exhibit 1

BSI FINANCIAL SERVICES
314 FRANKLIN STREET
Titusville, PA 16354
US

ZZY0826A
4000000138 138/1

JOHNNY HORNE
11386 61 ST N
WEST PALM BEACH FL 33412-1818

☐ CORRECTED (if checked)

| | | | |
|---|---|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>BSI FINANCIAL SERVICES<br>314 FRANKLIN STREET<br>Titusville, PA 16354<br>US<br>Phone: (877) 335-9048 | Applicable checkbox on Form 8949<br>B | OMB No. 1545-0715<br>**2023**<br>Form **1099-B** | **Proceeds From Broker and Barter Exchange Transactions** |
| | 1a Description of property (Example: 100 sh. XYZ Co.)<br>MORTGAGE REAL PROPERTY | | |
| | 1b Date acquired<br>01/01/2023 | 1c Date sold or disposed | **Copy B For Recipient** |
| | 1d Proceeds<br>$ 3,500,000.00 | 1e Cost or other basis<br>$ 0.00 | |
| PAYER'S TIN 04-3800293 / RECIPIENT'S TIN XXX-XX-5800 | 1f Accrued market discount<br>$ 0.00 | 1g Wash sale loss disallowed<br>$ 0.00 | |
| RECIPIENT'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code<br>JOHNNY HORNE<br>11386 61 ST N<br>WEST PALM BEACH, FL 33412<br>US | 2 Short-term gain or loss ☐<br>Long-term gain or loss ☐<br>Ordinary ☐ | 3 If checked, proceeds from:<br>Collectibles ☐<br>QOF ☐ | |
| | 4 Federal income tax withheld<br>$ 250,000.00 | 5 If checked, noncovered security ☐ | **This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if** |
| | 6 Reported to IRS:<br>Gross proceeds ☐<br>Net proceeds ☐ | 7 If checked, loss is not allowed based on amount in 1d ☐ | |
| | 8 Profit or (loss) realized in 2023 on closed contracts | 9 Unrealized profit or (loss) on open contracts—12/31/2023 | |

2 may be blank.

**Box 3.** If checked, proceeds are from a transaction involving collectibles or from a Qualified Opportunity Fund (QOF).

**Box 4.** Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your TIN to the payer. See Form W-9 for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Box 5.** If checked, the securities sold were noncovered securities and boxes 1b, 1e, 1f, 1g, and 2 may be blank. Generally, a noncovered security means (a) stock purchased before 2011, (b) stock in most mutual funds purchased before 2012, (c) stock purchased in or transferred to a dividend reinvestment plan before 2012, (d) debt acquired before 2014, (e) options granted or acquired before 2014, and (f) securities futures contracts excuted before 2014.

**Box 6.** If the exercise of a noncompensatory option resulted in a sale of a security, a checked "net proceeds" box indicates whether the amount in box 1d was adjusted for option premium.

**Box 7.** If checked, you cannot take a loss on your tax return based on gross proceeds from a reportable change in control or capital

**Box 12.** If checked, the basis in box 1e has been reported to the IRS and either the short-term or the long-term gain or loss box in box 2 will be checked. If box 12 is checked on Form(s) 1099-B and NO adjustment is required, see the instructions for your Schedule D (Form 1040) as you may be able to report your transaction directly on Schedule D (Form 1040). If the "Ordinary" box in box 2 is checked, an adjustment may be required.

**Box 13.** Shows the cash you received, the fair market value of any property or services you received, and the fair market value of any trade credits or scrip credited to your account by a barter exchange. See Pub 525

**Boxes 14–16.** Show state(s)/local income tax information.

**Future developments.** For the latest information about any developments related to Form 1099-B and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/Form1099B*.

**Free File Program.** Go to *www.irs.gov/FreeFile* to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

pg 2-7

20

Exhibit 2



IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
9:25cv80343

JOHNNY LEE HORNE,
Trustee, Authorized Representative of
JOHNNY LEE HORNE private irrevocable, foreign grantor trust
Trust / Debt Collector / Secured Party

FILED BY [illegible] D.C.
JUL 08 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

REGARDING DEBTORS:
BSI FINANCIAL SERVICES, INC.
SERVIS ONE, INC.
ATLAS | SOLOMON PLLC
ADAM SCHWARTZ
JOSEPH ABRUZZO
JUDGE GREGORY M. KEYSER

No further charges, cost, or penalties may be assessed, Trust libility is closed and any further attempt constitutes fraud

Emergency Filing

---

AFFIDAVIT OF FINAL STATE RECORD CLOSURE, FEDERAL NOTICE, AND LIEN/LIS PENDENS REMOVAL

I, Johnny Lee Horne, Trustee and Authorized Representative of the JOHNNY LEE HORNE private irrevocable, foreign grantor trust, hereby swear, affirm, and state for the public and private record:

1. Federal Jurisdiction Established

The matter previously referenced in Palm Beach County Circuit Court, Case No. 50-2025-CA-005956, has been lawfully removed and recorded into federal jurisdiction pursuant to 28 U.S.C. § 1331 and U.S. Trust commercial enforcement. All filings have been duly placed on federal record, and state jurisdiction is void by operation of law.

2. Final Administrative Closure of State Case

The trust, acting as secured party and creditor, now formally closes the above state court case. No further filings shall occur under that docket by any party. Any future activity in that case constitutes fraud and unauthorized judicial interference post-removal.

3. Lis Pendens and Lien Removal Order

All lis pendens, liens, adverse recordings, or encumbrances placed against the trust property, including retaliatory filings for non-participation in commercial slavery schemes, are hereby canceled, nullified, and ordered discharged from county records and credit reporting bureaus, as unlawful interference and unrebutted fraud.

4. Dual Record Placement Declaration

This affidavit is created and executed for the purpose of dual stamp placement — one from the federal court clerk and one from the Palm Beach County Clerk. The federal stamp secures the superior jurisdiction; the state stamp acts as acknowledgment and removal of administrative residue.

5. Command for Removal of All Fraudulent Reporting

48

Any delinquent, derogatory, or false credit reporting entries made by the named debtors after lawful tender and trust removal must be deleted. Copies of IRS Form 1099-A, 1099-B, and return Copy B filings are on record as proof of payment, obligation discharge, and commercial settlement.

3. Notice to Judicial Officers and County Clerk

This document is delivered in part to Judge Gregory M. Keyser and Joseph Abruzzo, to formally notify that the state action has been removed and is now closed by the secured trust. Any further enforcement, filings, or liens attempted by these offices constitutes fiduciary misconduct and commercial fraud.

4. Right Reserved for Federal Enforcement

The Trust reserves all rights to pursue federal enforcement and claim collections under commercial law, UCC, and 15 U.S.C. § 1692(e) for any continued misreporting, lien tampering, or post-removal interference.

---

Executed this 8th day of July 2025

By:

Johnny Lee Horne, Trustee Johnny Horne TTEE

JOHNNY LEE HORNE private irrevocable, foreign grantor trust

c/o 11386 61st St N, West Palm Beach, Florida 33412

---

NOTARY ACKNOWLEDGMENT

State of Florida

County of Palm Beach

Sworn to and subscribed before me this 8th day of July, 2025, by Johnny Lee Horne, who is personally known to me or has produced valid identification.

Notary Signature: ______________________

Seal: ______________________

MICHAEL LABRIOLA
MY COMMISSION # HH 181013
EXPIRES: October 4, 2025
Bonded Thru Notary Public Underwriters

5-8

24

Exhibit 3

**IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA**
**FOURTH DISTRICT, 110 SOUTH TAMARIND AVENUE, WEST PALM BEACH, FL 33401**

July 22, 2025

| | |
|---|---|
| JOHNNY LEE HORNE *W*,<br>Petitioner(s)<br>v.<br><br>PALM BEACH COUNTY CLERK, et al.<br>Respondent(s). | **CASE NO. - 4D2025-2014**<br>L.T. No. - 502025CA005956XXXX |

**BY ORDER OF THE COURT:**

ORDERED that this case is dismissed. Petitioner has filed non-sensical documents that he has fabricated purporting to declare the underlying foreclosure case closed. The documents state no basis for relief of any kind. These filings are frivolous. Petitioner is cautioned that any further frivolous filing may result in sanctions, including a prohibition on pro se filing in this Court. *Johnson v. Bank of New York Mellon Trust Co.*, 136 So. 3d 507, 508 (Fla. 2014).

MAY, CIKLIN and CONNER, JJ., concur.

Served:
Palm Beach Clerk
Johnny Lee Horne *W*
Hon. Gregory Miller Keyser
Adam Schwartz

KEH

I HEREBY CERTIFY that the foregoing is a true copy of the court's order.

Lonn Weissblum

**LONN WEISSBLUM, Clerk**
**Fourth District Court of Appeal**
4D2025-2014 July 22, 2025

DISTRICT COURT OF APPEAL · SAT CITO SI RECTE · FOURTH DISTRICT · STATE OF FLORIDA

NOT A CERTIFIED COPY

11/25

Exhibit 3

**IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA**
**FOURTH DISTRICT, 110 SOUTH TAMARIND AVENUE, WEST PALM BEACH, FL 33401**

August 6, 2025

| | |
|---|---|
| JOHNNY LEE HORNE *W*,<br>Petitioner(s)<br>v.<br><br>PALM BEACH COUNTY CLERK, et al.,<br>Respondent(s). | CASE NO. - 4D2025-2014<br>L.T. No. - 502025CA005956XXXX |

**BY ORDER OF THE COURT:**

ORDERED that the documents filed by petitioner on July 24, 2025, July 28, 2025, and August 4, 2025 are stricken as unauthorized. This case is closed. On July 22, 2025, this Court issued an order dismissing this case and cautioning petitioner that further frivolous filing may result in sanctions. Despite this, petitioner has continued filing frivolous documents raising nonsensical arguments.

Accordingly, within ten (10) days from the date of this order, petitioner shall file a response and show cause why this Court should not impose the sanction of no longer accepting his pro se filings. *Johnson v. Bank of N.Y. Mellon Tr. Co.*, 136 So. 3d 507, 508 (Fla. 2014).

Served:
Palm Beach Clerk
Johnny Lee Horne *W*
Hon. Gregory Miller Keyser
Adam Schwartz

KEH

I HEREBY CERTIFY that the foregoing is a true copy of the court's order.

Lonn Weissblum

LONN WEISSBLUM, Clerk
Fourth District Court of Appeal

DISTRICT COURT OF APPEAL · FOURTH DISTRICT · STATE OF FLORIDA

NOT A CERTIFIED COPY

26 11

Exhibit 3

**IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA**
**FOURTH DISTRICT, 110 SOUTH TAMARIND AVENUE, WEST PALM BEACH, FL 33401**

August 21, 2025

| | |
|---|---|
| JOHNNY LEE HORNE *P*,<br>Petitioner(s)<br>v.<br><br>PALM BEACH COUNTY CLERK, et al.<br>Respondent(s). | **CASE NO. - 4D2025-2014**<br>L.T. No. - 502025CA005956XXXX |

**BY ORDER OF THE COURT:**

ORDERED that the documents filed by petitioner on August 13, 18, and 19, 2025 are stricken as unauthorized. Further,

ORDERED that petitioner has failed to respond to this Court's August 6, 2025, order requiring petitioner to show cause why sanctions should not be imposed. Petitioner has continued to file frivolous and unauthorized documents raising nonsensical arguments. Accordingly, we now impose sanctions. *Johnson v. Bank of N.Y. Mellon Tr. Co.*, 136 So. 3d 507, 508 (Fla. 2014).

The Clerk of this Court is directed to no longer accept any paper filed by petitioner unless the document has been reviewed and signed by a member in good standing of the Florida Bar who certifies that a good faith basis exists for each claim presented.

Served:
Palm Beach Clerk
Johnny Lee Horne *P*
Hon. Gregory Miller Keyser
Adam Schwartz

EH

**I HEREBY CERTIFY** that the foregoing is a true copy of the court's order.

**LONN WEISSBLUM, Clerk**
***Fourth District Court of Appeal***




27

Exhibit 4

Your case was closed based on your filing indica that the case wa remanded to fede court & that the lou no longer had j -Karing Rodriguez Director of Civil Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 25CV 80343

JOHNNY LEE HORNE, private irrevocable foreign grantor trust,

Postal Marshall General, Secured Party and Debt Collecto

ADAM SCHWARTZ, ATLAS | SOLOMON PLLC, Respondents

Exhibit A – Written Statement from State Clerk

I, Johnny Horne, Trustee and Postal Marshall General, submit the following exhibit into the federal record as a true and correct copy of a handwritten statement provided by the State Clerk's office regarding the refusal to place my looping filing onto the state record.

Transcription of Clerk's Statement

(Provided by Karing Rodriguez-Matzer, Director of Civil Court Operations)

"Your case was closed based on your filing indicating that the case was remanded to federal court; that the lower court no longer had jurisdiction."

Signed:

Karing Rodriguez-Matzer

Director of Civil Court Operations

Certification

I hereby certify that the above transcription is a true and correct copy of the handwritten note provided to me by the State Clerk on [Date].

Executed this 18 day of August, 2025.

[signature] TEE

Johnny Horne, Trustee

JOHNNY LEE HORNE, private irrevocable foreign grantor trust

28 7

Postal Marshall General

Exhibit 4

STATE OF FLORIDA

COUNTY OF PALM BEACH

Subscribed and sworn before me this 18 day of August, 2025, by Johnny Horne, who is personally known to me or has produced FLDL as identification.

[signature]

Notary Public, State of Florida

My commission expires: 6/5/2029

Notary Public State of Florida
Joseph Gall
My Commission HH 657818
Expires 6/5/2029

Gmail

Exhibit B

John Horne <fixitall.jh@gmail.com>

---

## 1099online.com Return Accepted

2 messages

---

**1099Online Support** <noreply@1099online.com> Fri, Aug 22 at 9:24 AM

To: <fixitall.jh@gmail.com>

Cc: 1099Online Support <noreply@1099online.com>

1099

MASTERS IN 1099 FORM FILING

Call us at - 1-800-578-2290

AUTHORIZED IRS e-file PROVIDER

**Accepted**

Lis Pendens

$ 50,009000.00

Dear johnny Horne,

***Congratulations!*** The IRS accepted your 1099 tax return.

You may download 1099 form anytime from our website, available in PDF format.

Reference Number :201950678

Payer Name :JOHNNY LEE HORNE IRREVOCABLE FOREIGN Gra

Tax Year :2024

Form Name :1099-A

Recipients :SCHWARTZ

Thanks,
1099online.com Support.

You can access your account any time at:
http://www.1099online.com

Please print this email for your future records.

6

30

☐ VOID ☐ CORRECTED (if checked)

<table>
<tr><td>LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>JOHNNY LEE HORNE IRREVOCABLE FOREIGN Gra<br>c/o 11386 61st n<br>West palm beach FL 33412<br>US - Phone:5613731731</td><td></td><td>OMB No. 1545-0877<br>Form **1099-A**<br>(Rev. January 2022)<br><br>For calendar year<br>2024</td><td>Acquisition or Abandonment of Secured Property</td></tr>
<tr><td>LENDER'S TIN<br>98-6126347<br><br>BORROWER'S TIN<br>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</td><td>1 Date of lender's acquisition or knowledge of abandonment<br>08/16/2025</td><td>2 Balance of principal outstanding<br>$50000000.00</td><td rowspan="4">Copy C<br>For Lender<br>For Privacy Act and Paperwork Reduction Act Notice, see the current General Instructions for Certain Information Returns.</td></tr>
<tr><td rowspan="2">BORROWER'S name,Street address (including apt. no.),City or town, state or province, country, and ZIP or foreign postal code<br>Adam G SCHWARTZ<br>819 sw federal highway suit 301<br>Stuart FL 34994<br>US</td><td></td><td>4 Fair market value of property<br>$50000000.00</td></tr>
<tr><td colspan="2">5 If checked, the borrower was personally liable for repayment of the debt . . . . . . . . . . . ▶ ☑</td></tr>
<tr><td>Account number (see instructions)<br>946611132766</td><td colspan="2">6 Description of property<br>Trust claim Lis pendens removal</td></tr>
</table>

Form **1099-A** (Rev. 1-2022) www.tax1099.com - IRS Approved e File Provider www.irs.gov/Form1099A

**Instructions for Lender**

To complete Form 1099-A, use:

- The current General Instructions for Certain Information Returns, and
- The current Instructions for Forms 1099-A and 1099-C.

To order these instructions and additional forms, go to www.irs.gov/EmployerForms.

**Caution:** Because paper forms are scanned during processing, you cannot file certain Forms 1096, 1097, 1098, 1099, 3921, or 5498 that you print from the IRS website.

**Filing and furnishing.** For filing and furnishing instructions, including due dates, and to request filing or furnishing extensions, see the current General Instructions for Certain Information Returns.

**Need help?** If you have questions about reporting on Form 1099-A, call the information reporting customer service site toll free at 866-455-7438 or 304-263-8700 (not toll free). Persons with a hearing or speech disability with access to TTY/TDD equipment can call 304-579-4827 (not toll free).

7

31

Exhibit

☐ VOID ☐ CORRECTED (if checked)

| | | |
|---|---|---|
| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>JOHNNY LEE HORNE IRREVOCABLE FOREIGN Gra<br>c/o 11386 61st n<br>West palm beach FL 33412<br>US - Phone:5613731731 | OMB No. 1545-0877<br>Form **1099-A**<br>(Rev. January 2022)<br><br>For calendar year<br>2024 | **Acquisition or Abandonment of Secured Property** |
| LENDER'S TIN<br>98-6126347<br><br>BORROWER'S TIN<br>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 | 1 Date of lender's acquisition or knowledge of abandonment<br>08/16/2025<br><br>2 Balance of principal outstanding<br>$50000000.00 | **Copy B**<br>**For Borrower** |
| BORROWER'S name,Street address (including apt. no.),City or town, state or province, country, and ZIP or foreign postal code<br>Adam G SCHWARTZ<br>819 sw federal highway suit 301<br>Stuart FL 34994<br>US | 4 Fair market value of property<br>$50000000.00<br><br>5 If checked, the borrower was personally liable for repayment of the debt . . . . . . . . . . ▶ ☑ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported |
| Account number (see instructions)<br>946611132766 | 6 Description of property<br>Trust claim Lis pendens removal | |

Form **1099-A** (Rev. 1-2022) www.tax1099.com - IRS Approved e File Provider www.irs.gov/Form1099A

**Instructions for Borrower**

Certain lenders who acquire an interest in property that was security for a loan or who have reason to know that such property has been abandoned must provide you with this statement. You may have reportable income or loss because of such acquisition or abandonment. Gain or loss from an acquisition is generally measured by the difference between your adjusted basis in the property and the amount of your debt canceled in exchange for the property or, if greater, the sale proceeds. If you abandoned the property, you may have income from the discharge of indebtedness in the amount of the unpaid balance of your canceled debt. The tax consequences of abandoning property depend on whether or not you were personally liable for the debt. Losses on acquisitions or abandonments of property held for personal use are not deductible. See Pub. 4681 for information about your tax consequences.

Property means any real property (such as a personal residence), any intangible property, and tangible personal property that is held for investment or used in a trade or business.

If you borrowed money on this property with someone else, each of you should receive this statement.

**Borrower's taxpayer identification number (TIN).**For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.**May show an account or other unique number the lender assigned to distinguish your account.

**Box 1.**For a lender's acquisition of property that was security for a loan, the date shown is generally the earlier of the date title was transferred to the lender or the date possession and the burdens and benefits of ownership were transferred to the lender. This may be the date of a foreclosure or execution sale or the date your right of redemption or objection expired. For an abandonment, the date shown is the date on which the lender first knew or had reason to know that the property was abandoned or the date of a foreclosure, execution, or similar sale.

**Box 2.** Shows the debt (principal only) owed to the lender on the loan when the interest in the property was acquired by the lender or on the date the lender first knew or had reason to know that the property was abandoned. Box 3. Reserved for future use.

**Box 3.** Reserved for future use.

**Box 4.** Shows the fair market value of the property. If the amount in box 4 is less than the amount in box 2, and your debt is canceled, you may have cancellation of debt income. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, when it was last modified.

**Box 6.** Shows the description of the property acquired by the lender or abandoned by you. If "CCC" is shown, the form indicates the amount of any Commodity Credit Corporation loan outstanding when you forfeited your commodity.

**Future developments.** SFor the latest information about developments related to Form 1099-A and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099A.

**Free File Program.** Go to www.irs.gov/FreeFile to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

9

32

Exhibit 5

***DO NOT REPLY TO THIS E-MAIL MESSAGE***

Copyright © 1099online.com All Rights Reserved.

---

**1099Online Support** <noreply@1099online.com> **Fri, Aug 22 at 9:25 AM**
**To: <fixitall.jh@gmail.com>**
**Cc: 1099Online Support <noreply@1099online.com>**

1099
MASTERS IN 1099 FORM FILING
Call us at - 1-800-578-2290
AUTHORIZED IRS e-file PROVIDER

**Accepted**

Lis Pendens $50,000,000.00

Dear johnny Horne,

***Congratulations!*** The IRS accepted your 1099 tax return.

You may download 1099 form anytime from our website, available in PDF format.

Reference Number :201950676

Payer Name :Schwartz

Tax Year :2024

Form Name :1099-B

Recipients :JOHNNYLEEHORNE PRIVATE IRREVOCABLE FGT

Thanks,
1099online.com Support.

You can access your account any time at:
http://www.1099online.com

Please print this email for your future records.

9

33

Exhibit

☐ CORRECTED ( If checked )

| | | | |
|---|---|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no<br>ADAM G Schwartz<br>819 sw federal HWY<br>Stuart FL 34994<br>US - Phone:7722470157 | Applicable checkbox on Form 8949<br>B | OMB No. 1545-0715<br>**2024**<br>Form **1099-B** | **Proceeds From Broker and Barter Exchange Transactions** |
| | 1a Description of property (Example: 100 sh. XYZ Co.)<br>Trust claim Lis pendant removal | | |
| PAYER'S TIN<br>000-?2-6978 | RECIPIENT'S TIN<br>98-6126347 | 1b Date acquired<br>08/16/2025 | 1c Date sold or disposed<br>12/31/2025 |
| RECIPIENTS name, address, City or town, state or province, ZIP/ postal code & Country<br>JOHNNYLEEHORNE PRIVATE IRREVOCABLE FGT<br>c/o11086 61stn<br>West palm beach FL 33412<br>US<br>5611731731 | | 1d Proceeds<br>$ 50000000.00 | 1e Cost or other basis<br>$0.00 |
| | | 1f Accrued market discount<br>$0.00 | 1g Wash sale loss disallowed<br>$0.00 |
| | | 2 Short-term gain or loss ☐<br>Long-term gain or loss ☐<br>Ordinary ☐ | 3 If checked, proceeds from:<br>Collectibles ☐<br>QOF ☐ |
| Account number (see instructions)<br>493?52352968 | | 4 Federal income tax withheld<br>$ 0.00 | 5 If checked, noncovered security ☐ |
| | | 6 Reported to IRS:<br>Gross proceeds ☐<br>Net proceeds ☐ | 7 If checked, loss is not allowed based on amount in 1d ☐ |
| CUSIP number<br>000??978 | FATCA filing requirement<br>☐ | 8 Profit or (loss) realized in 2024 on closed contracts<br>$ | 9 Unrealized profit or (loss) on open contracts—12/31/2023<br>$ |
| 14 State name | 15 State identification no. | 16 State tax withheld<br>$ 0.00 | |
| | | 10 Unrealized profit or (loss) on open contracts—12/31/2024<br>$ | 11 Aggregate profit or (loss) on contracts<br>$ |
| | | 12 If checked, basis reported to IRS ☐ | 13 Bartering<br>$0.00 |

**Copy B For Recipient**

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

Form **1099-B** www.tax1099.com - IRS Approved e File Provider www.irs.gov/Form1099B

**Instructions for Recipient**

Brokers and barter exchanges must report proceeds from (and in some cases, basis for) transactions to you and the IRS on Form 1099-B. Reporting is also required when your broker knows or has reason to know that a corporation in which you own stock has had a reportable change in control or capital structure. You may be required to recognize gain from the receipt of cash, stock, or other property that was exchanged for the corporation's stock. If your broker reported this type of transaction to you, the corporation is identified in box 1a.

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (SSN, ITIN, ATIN, or EIN). However, the issuer has reported your complete TIN to the IRS.
**Account number.** May show an account or other unique number the payer has assigned to distinguish your account.
**CUSIP number.** Shows the CUSIP (Committee on Uniform Security Identification Procedures) number or other applicable identifying number.
**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its account reporting requirement under chapter 4 of the Internal Revenue Code. You may also have a filing requirement. See the Instructions for Form 8938.
**Applicable checkbox on Form 8949.** Indicates where to report this transaction on Form 8949 and Schedule D (Form 1040), and which checkbox is applicable. See the instructions for your Schedule D (Form 1040) and/or Form 8949.
**Box 1a.** Shows a brief description of the item or service for which amounts are being reported. For regulated futures contracts and forward contracts, "RFC" or other appropriate description may be shown. For Section 1256 option contracts, "Section 1256 option" or other appropriate description may be shown. For a corporation that had a reportable change in control or capital structure, this box may show the class of stock as C (common), P (preferred), or O (other).

**Box 1b.** This box may be blank if box 5 is checked or if the securities sold were acquired on a variety of dates. For short sales, the date shown is the date you acquired the security delivered to close the short sale.

**Box 1c.** Shows the trade date of the sale or exchange. For short sales, the date shown is the date the security was delivered to close the short sale. For aggregate reporting in boxes 8 through 11, no entry will be present.
**Box 1d.** Shows the cash proceeds, reduced by any commissions or transfer taxes related to the sale, for transactions involving stocks, debt, commodities, forward contracts, non-Section 1256 option contracts, or securities futures contracts. May show the proceeds from the disposition of your interest(s) in a widely held fixed investment trust. May also show the aggregate amount of cash and the fair market value of any stock or other property received in a reportable change in control or capital structure arising from the corporate transfer of property to a foreign corporation. Losses on forward contracts or non-Section 1256 option contracts are shown in parentheses. This box does not include proceeds from regulated futures contracts or Section 1256 option contracts. Report this amount on Form 8949 or on Schedule D (Form 1040) (whichever is applicable) as explained in the Instructions for Schedule D (Form 1040).
**Box 1e.** Shows the cost or other basis of securities sold. If the securities were acquired through the exercise of a noncompensatory option granted or acquired on or after January 1, 2014, the basis has been adjusted to reflect your option premium. If the securities were acquired through the exercise of a noncompensatory option granted or acquired before January 1, 2014, your broker is permitted, but not required, to adjust the basis to reflect your option premium. If the securities were acquired through the exercise of a compensatory option, the basis has not been adjusted to include any amount related to the option that was reported to you on a Form W-2. If box 5 is checked, box 1e may be blank. See the Instructions for Form 8949, the Instructions for Schedule D (Form 1040), or Pub. 550 for details.
*(Continued on the back of Copy 2.)*

ID

34

Exhibit

☐ CORRECTED ( If checked )

| | | | |
|---|---|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no<br>ADA[illegible] G Schwartz<br>819 [illegible] federal HWY<br>Stua[illegible] FL 34994<br>US - Phone:7722470157 | Applicable checkbox on Form 8949<br>B | OMB No. 1545-0715<br>**2024**<br>Form 1099-B | **Proceeds From Broker and Barter Exchange Transactions** |
| | 1a Description of property (Example: 100 sh. XYZ Co.)<br>Trust claim Lis pendant removal | | |
| PAYER'S TIN: 000-[illegible]-6978<br>RECIPIENT'S TIN: 98-6126347 | 1b Date acquired<br>08/16/2025 | 1c Date sold or disposed<br>12/31/2025 | **Copy C For Payer** |
| RECIPIENT'S name, address,City or town, state or province, ZIP/ postal code & Country<br>JOH[illegible]NYLEEHORNE PRIVATE IRREVOCABLE FGT<br>c/o1[illegible]86 61stn<br>West palm beach FL 33412<br>US<br>561[illegible]31731 | 1d Proceeds<br>$50000000.00 | 1e Cost or other basis<br>$0.00 | For Privacy Act and Paperwork Reduction Act Notice, see the 2024 General Instructions for Certain Information Returns |
| | 1f Accrued market discount<br>$0.00 | 1g Wash sale loss disallowed<br>$0.00 | |
| | 2 Short-term gain or loss ☐<br>Long-term gain or loss ☐<br>Ordinary ☐ | 3 If checked, proceeds from:<br>Collectibles ☐<br>QOF ☐ | |
| Account number (see instructions)<br>493[illegible]2352968 | 4 Federal income tax withheld<br>$ 0.00 | 5 If checked, noncovered security ☐ | |
| CUSIP number: 000[illegible]978<br>FATCA filing requirement☐ | 6 Reported to IRS:<br>Gross proceeds ☐<br>Net proceeds ☐ | 7 If checked, loss is not allowed based on amount in 1d ☐ | |
| 14 State name \| 15 State identification no. \| 16 State tax withheld<br>$ 0.00 | 8 Profit or (loss) realized in 2024 on closed contracts<br>$ | 9 Unrealized profit or (loss) on open contracts—12/31/2023<br>$ | |
| | 10 Unrealized profit or (loss) on open contracts—12/31/2024<br>$ | 11 Aggregate profit or (loss) on contracts<br>$ | |
| | 12 If checked, basis reported to IRS ☐ | 13 Bartering<br>$0.00 | |

Form 1099-B    www.tax1099.com - IRS Approved e File Provider    www.irs.gov/Form1099B

**Instructions for Payer**

To complete Form 1099-B, use:

. The 2023 General Instructions for Certain Information Returns, and
. The 2023 Instructions for Form 1099-B. To order these instructions and additional forms, go to www.irs.gov/Form1099B.

**Caution:** Because paper forms are scanned during processing, you cannot file with the IRS Forms 1096, 1097, 1098, 1099, 3921, or 5498 that you print from the IRS website.

**Filing and furnishing.** For filing and furnishing instructions, including due dates, and requesting filing or furnishing extensions, see the 2023 General Instructions for Certain Information Returns.

**Foreign recipient.** If the recipient of the proceeds is a nonresident alien, you may have to withhold federal income tax and file Form 1042-S. See the Instructions for Form 1042-S, and Pub. 515.

**Need help?** If you have questions about reporting on Form 1099-B, call the information reporting customer service site toll free at 866-455-7438 or 304-263-8700 (not toll free). Persons with a hearing or speech disability with access to TTY/TDD equipment can call 304-579-4827 (not toll free).

11

35

Gmail — Exhibit 5 — John Horne <fixitall.jh@gmail

## 1099Online.com Return Accepted

**1099Online Support** <noreply@1099online.com> — Fri, Jul 4 at 1
To: <fixitall.jh@gmail.com>
Cc: 1099Online Support <noreply@1099online.com>

1099
MASTERS IN 1099 FORM FILING
Call us at - 1-800-578-2290
AUTHORIZED IRS e-file PROVIDER

**Accepted**

Lis Pendens
$50,000,000.00

Dear johnny Horne,

***Congratulations!*** The IRS accepted your 1099 tax return.

You may download 1099 form anytime from our website, available in PDF format.

Reference Number :201944761

Payer Name :JOHNNY LEE HORNE IRREVOCABLE FOREIGN Gra

Tax Year :2024

Form Name :1099-C

Recipients :Bsi financial services

Thanks,
1099online.com Support.

You can access your account any time at:
http://www.1099online.com

Please print this email for your
future records.

36 10

☐ CORRECTED ( If checked )

| | | | |
|---|---|---|---|
| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>JOHNNY LEE HORNE IRREVOCABLE FOREIGN Gra<br>c/o 11386 61st n<br>West palm beach FL 33412<br>US - Phone:5613791731 | 1 Date of identifiable event<br>06/30/2025 | OMB No. 1545-1424<br>Form 1099-C<br>(Rev. January 2022) | **Cancellation of Debt** |
| | 2 Amount of debt discharged<br>$ 25000000.00 | | |
| | 3 Interest, if included in box 2<br>$ | For calendar year<br>2024 | |
| CREDITOR'S TIN 88-6126347 / DEBTOR'S TIN 59-2320859 | 4 Debt description<br>Trust cancel fraud foreclosure | | Copy C<br>For Creditor<br>For Privacy Act and Paperwork Reduction Act Notice, see the current General Instructions for Certain Information Returns. |
| DEBTOR'S name, address, City or town, state or province, country and ZIP or foreign postal code<br>Bsi financial services<br>Finance department<br>P.O. Box 517<br>314 S.Franklin st<br>Titusville PA 16354<br>US<br>8003277861 | 5 If checked, the debtor was personally liable for repayment of the debt ........ ☐ | | |
| Account number (see instructions)<br>136682549341 | 6 Identifiable event code<br>G | 7 Fair market value of property<br>$ | |

Form **1099-C** (Rev. 1-2022) www.irs.gov/Form1099C Department of the Treasury - Internal Revenue Service

**Instructions for Creditor**

**To complete Form 1099-C, use:**

.The current General Instructions for Certain Information Returns, and

. The current Instructions for Forms 1099-A and 1099-C.

To order these instructions and additional forms, go to www.irs.gov/EmployerForms.

**Caution:** : Because paper forms are scanned during processing, you cannot file certain Forms 1096, 1097, 1098, 1099, 3921, or 5498 that you print from the IRS website.

**Filing and furnishing.** For filing and furnishing instructions, includin due dates, and to request filing or furnishing extensions, see the cur General Instructions for Certain Information Returns

**Need help?** If you have questions about reporting on Form 1099-C, the information reporting customer service site toll free at 866-455-7 or 304-263-8700 (not toll free). Persons with a hearing or speech disability with access to TTY/TDD equipment can call 304-579-4827 toll free).

37 19

☐ CORRECTED ( If checked )

| | | | |
|---|---|---|---|
| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>JOHNNY LEE HORNE IRREVOCABLE FOREIGN Gra<br>c/o 11388 61st n<br>West palm beach FL 33412<br>US - Phone:5613731731 | 1 Date of identifiable event<br>06/30/2025<br>2 Amount of debt discharged<br>$ 25000000.00<br>3 Interest, if included in box 2<br>$ | OMB No. 1545-1424<br>Form **1099-C**<br>(Rev. January 2022)<br>For calendar year<br>2024 | **Cancellation of Debt** |
| CREDITOR'S TIN<br>98-6126347 \| DEBTOR'S TIN<br>59-2320859 | 4 Debt description<br>Trust cancel fraud foreclosure | | **Copy B**<br>**For Debtor** |
| DEBTOR'S name, address, City or town, state or province, country and ZIP or foreign postal code<br>Bsi financial services<br>Finance department<br>P.O. Box 517<br>314 S.Franklin st<br>Titusville PA 16354<br>US<br>8003277861 | 5 If checked, the debtor was personally liable for repayment of the debt ........................ ☐ | | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| Account number (see instructions)<br>138682549341 | 6 Identifiable event code<br>G | 7 Fair market value of property<br>$ | |

Form **1099-C** (Rev. 1-2022) (keep for your records) www.irs.gov/Form1099C Department of the Treasury - Internal Revenue Service

**Instructions for Debtor**

You received this form because a federal government agency or an applicable financial entity (a creditor) has discharged (canceled or forgiven) a debt you owed, or because an identifiable event has occurred that either is or is deemed to be a discharge of a debt of $600 or more. If a creditor has discharged a debt you owed, you are required to include the discharged amount in your income, even if it is less than $600, on the "Other income" line of your Form 1040 or 1040-SR. However, you may not have to include all of the canceled debt in your income. There are exceptions and exclusions, such as bankruptcy and insolvency. See Pub. 4681, available at www.irs.gov/Pub4681, for more details. If an identifiable event has occurred but the debt has not actually been discharged, then include any discharged debt in your income in the year that it is actually discharged, unless an exception or exclusion applies to you in that year.

**Debtor's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the creditor has reported your complete TIN to the IRS

**Account number.** May show an account or other unique number the creditor assigned to distinguish your account.

**Box 1.** Shows the date the earliest identifiable event occurred or, at the creditor's discretion, the date of an actual discharge that occurred before an identifiable event. See the code in box 6.

**Box 2.** Shows the amount of debt either actually or deemed discharged. Note: If you don't agree with the amount, contact your creditor.

**Box 3.** Shows interest if included in the debt reported in box 2. See Pub. 4681 to see if you must include the interest in gross income

**Box 4.** Shows a description of the debt. If box 7 is completed, box 4 a shows a description of the property.

**Box 5.** Shows whether you were personally liable for repayment of th debt when the debt was created or, if modified, at the time of the last modification. See Pub. 4681 for reporting instructions.

**Box 6.** Shows the reason your creditor has filed this form. The codes this box are described in more detail in Pub. 4681. A—Bankruptcy; B Other judicial debt relief; C—Statute of limitations or expiration of deficiency period; D— Foreclosure election; E—Debt relief from prob or similar proceeding; F—By agreement; G—Decision or policy to discontinue collection; or H—Other actual discharge before identifiab event

**Box 7.** If, in the same calendar year, a foreclosure or abandonment ( property occurred in connection with the cancellation of the debt, the market value (FMV) of the property will be shown, or you will receive separate Form 1099-A. Generally, the gross foreclosure bid price is considered to be the FMV. For an abandonment or voluntary conveyance in lieu of foreclosure, the FMV is generally the appraiser value of the property. You may have income or loss because of the acquisition or abandonment. See Pub. 4681 for information about foreclosures and abandonments. If the property was your main home see Pub. 523 to figure any taxable gain or ordinary income.

**Future developments.** For the latest information about developmen related to Form 1099-C and its instructions, such as legislation enact after they were published, go to www.irs.gov/Form1099C.

**Free File Program.** Go to www.irs.gov/FreeFile to see if you qualify no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

38 20

Gmail

Exhibit B

John Horne <fixitall.jh@gmail

**1099Online.com Return Accepted**

**1099Online Support** <noreply@1099online.com> Fri, Jul 4 at 1
To: <fixitall.jh@gmail.com>
Cc: 1099Online Support <noreply@1099online.com>

1099
MASTERS IN 1099 FORM FILING
Call us at - 1-800-578-2290
IRS e-file PROVIDER

**Accepted**

Canceled Foreclosure

Dear johnny Horne,

***Congratulations!*** The IRS accepted your 1099 tax return.

You may download 1099 form anytime from our website, available in PDF format.

Reference Number :201944735

Payer Name :JOHNNY LEE HORNE IRREVOCABLE FOREIGN Gra

Tax Year :2024

Form Name :1099-A

Recipients :Bsi financial services

Thanks,
1099online.com Support.

You can access your account any time at:
http://www.1099online.com

Please print this email for your future records.

39 12

Bchlbtk

☐ VOID ☐ CORRECTED (if checked)

| | | | |
|---|---|---|---|
| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>JOHNNY LEE HORNE IRREVOCABLE FOREIGN Gra<br>c/o 11386 61st n<br>West palm beach FL 33412<br>US - Phone:5613731731 | [redacted] | OMB No. 1545-0877<br>Form **1099-A**<br>(Rev. January 2022)<br>For calendar year<br>2024 | **Acquisition or Abandonment of Secured Property** |
| LENDER'S TIN<br>98-6126347 \| BORROWER'S TIN<br>59-2320859 | 1 Date of lender's acquisition or knowledge of abandonment<br>06/29/2025 | 2 Balance of principal outstanding<br>$25000000.00 | **Copy B**<br>**For Borrower**<br>This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported |
| BORROWER'S name,Street address (including apt. no.),City or town, state or province, country, and ZIP or foreign postal code<br>Bsi financial services<br>Finance department<br>P.O. Box 517<br>314 S.Franklin st<br>Titusville PA 16354<br>US<br>8003277861 | [redacted] | 4 Fair market value of property<br>$25000000.00 | |
| | 5 If checked, the borrower was personally liable for repayment of the debt . . . . . . . . . . ▶ ☑ | | |
| | 6 Description of property<br>Fraudulent foreclosure, trust claim | | |
| Account number (see instructions)<br>961767382343 | | | |

Form **1099-A**(Rev. 1-2022) www.tax1099.com - IRS Approved e File Provider www.irs.gov/Form1099A

**Instructions for Borrower**

Certain lenders who acquire an interest in property that was security for a loan or who have reason to know that such property has been abandoned must provide you with this statement. You may have reportable income or loss because of such acquisition or abandonment. Gain or loss from an acquisition is generally measured by the difference between your adjusted basis in the property and the amount of your debt canceled in exchange for the property or, if greater, the sale proceeds. If you abandoned the property, you may have income from the discharge of indebtedness in the amount of the unpaid balance of your canceled debt. The tax consequences of abandoning property depend on whether or not you were personally liable for the debt. Losses on acquisitions or abandonments of property held for personal use are not deductible. See Pub. 4681 for information about your tax consequences.

Property means any real property (such as a personal residence), any intangible property, and tangible personal property that is held for investment or used in a trade or business.

If you borrowed money on this property with someone else, each of you should receive this statement.

**Borrower's taxpayer identification number (TIN).**For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.**May show an account or other unique number the lender assigned to distinguish your account.

**Box 1.**For a lender's acquisition of property that was security for a loan, the date shown is generally the earlier of the date title was transferred to the lender or the date possession and the burdens and benefits of ownership were transferred to the lender. This may be the date of a foreclosure or execution sale or the date your right of redemption or objection expired. For an abandonment, the date shown is the date on which the lender first knew or had reason to know that the property was abandoned or the date of a foreclosure, execution, or similar sale.

**Box 2.** Shows the debt (principal only) owed to the lender on the loan when the interest in the property was acquired by the lender or on the date the lender first knew or had reason to know that the property was abandoned. Box 3. Reserved for future use.

**Box 3.** Reserved for future use.

**Box 4.** Shows the fair market value of the property. If the amount in box 4 is less than the amount in box 2, and your debt is canceled, you may have cancellation of debt income. If the property was your main home, see Pub. 4681 to figure any taxable gain or ordinary income.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, when it was last modified.

**Box 6.** Shows the description of the property acquired by the lender or abandoned by you. If "CCC" is shown, the form indicates the amount of any Commodity Credit Corporation loan outstanding when you forfeited your commodity.

**Future developments.** SFor the latest information about developments related to Form 1099-A and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099A.

**Free File Program.** Go to www.irs.gov/FreeFile to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

40 13

☐ VOID ☐ CORRECTED(if checked)

| | | | | |
|---|---|---|---|---|
| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>JOHNNY LEE HORNE IRREVOCABLE FOREIGN Gra<br>c/o 11386 61st n<br>West palm beach FL 33412<br>US - Phone:5613731731 | | [redacted] | OMB No. 1545-0877<br>Form **1099-A**<br>(Rev. January 2022)<br><br>For calendar year<br>2024 | **Acquisition or Abandonment of Secured Property** |
| LENDER'S TIN<br>98-6126347 | BORROWER'S TIN<br>59-2320859 | 1 Date of lender's acquisition or knowledge of abandonment<br>06/29/2025 | 2 Balance of principal outstanding<br>$25000000.00 | **Copy C**<br>**For Lender**<br>For Privacy Act and Paperwork Reduction Act Notice, see the current General Instructions for Certain Information Returns. |
| BORROWER'S name,Street address (including apt. no.),City or town, state or province, country, and ZIP or foreign postal code<br>Bsi financial services<br>Finance department<br>P.O. Box 517<br>314 S.Franklin st<br>Titusville PA 16354<br>US<br>8003277861 | | [redacted] | 4 Fair market value of property<br>$25000000.00 | |
| | | 5 If checked, the borrower was personally liable for repayment of the debt . . . . . . . . . . ▶ ☑ | | |
| Account number (see instructions)<br>961767382343 | | 6 Description of property<br>Fraudulent foreclosure, trust claim | | |

Form **1099-A**(Rev. 1-2022) www.tax1099.com - IRS Approved e File Provider www.irs.gov/Form1099A

**Instructions for Lender**

To complete Form 1099-A, use:

- The current General Instructions for Certain Information Returns, and
- The current Instructions for Forms 1099-A and 1099-C.

To order these instructions and additional forms, go to www.irs.gov/EmployerForms.

**Caution:** Because paper forms are scanned during processing, you cannot file certain Forms 1096, 1097, 1098, 1099, 3921, or 5498 that you print from the IRS website.

**Filing and furnishing.** For filing and furnishing instructions, including due dates, and to request filing or furnishing extensions, see the current General Instructions for Certain Information Returns.

**Need help?** If you have questions about reporting on Form 1099-A, call the information reporting customer service site toll free at 866-455-7438 or 304-263-8700 (not toll free). Persons with a hearing or speech disability with access to TTY/TDD equipment can call 304-579-4827 (not toll free).

14

41

Gmail

Exhibit D

John Horne <fixitall.jh@gmail

**1099Online.com Return Accepted**

**1099Online Support** <noreply@1099online.com> Thu, Jul 10 at

To: <fixitall.jh@gmail.com>

Cc: 1099Online Support <noreply@1099online.com>

1099

MASTERS IN 1099 FORM FILING

Call us at - 1-800-578-2290

AUTHORIZED IRS e-file PROVIDER

**Accepted**

Canceled Foreclosure

Dear johnny Horne,

***Congratulations!*** The IRS accepted your 1099 tax return.

You may download 1099 form anytime from our website, available in PDF format.

Reference Number :201944762

Payer Name :BSI Financial Services

Tax Year :2024

Form Name :1099-B

Recipients :JOHNNY LEE HORNE FGT

Thanks,
1099online.com Support.

You can access your account any time at:
http://www.1099online.com

Please print this email for your future records.

42 15

Bohbot

☐ CORRECTED ( If checked )

| | | | |
|---|---|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no<br>BSI Financial Services<br>314 Franklin Street<br>Titusville PA 16354<br>US - Phone:8773359048 | Applicable checkbox on Form 8949<br>B | OMB No. 1545-0715<br>2024<br>Form 1099-B | Proceeds From Broker and Barter Exchange Transactions |
| | 1a Description of property (Example: 100 sh. XYZ Co.)<br>Trust cancel fraud foreclosure | | |
| PAYER'S TIN 04-3800293 / RECIPIENT'S TIN 98-6126347 | 1b Date acquired 08/30/2025 | 1c Date sold or disposed 08/30/2025 | Copy C For Payer |
| RECIPIENT'S name, address,City or town, state or province, ZIP/ postal code & Country<br>JOHNNY LEE HORNE FGT<br>c/o11386 61 st n<br>west palm beach FL 33412<br>US<br>5613731731 | 1d Proceeds $25000000.00 | 1e Cost or other basis $0.00 | For Privacy Act and Paperwork Reduction Act Notice, see the 2024 General Instructions for Certain Information Returns |
| | 1f Accrued market discount $0.00 | 1g Wash sale loss disallowed $0.00 | |
| | 2 Short-term gain or loss ☐<br>Long-term gain or loss ☐<br>Ordinary ☐ | 3 If checked, proceeds from: Collectibles ☐ QOF ☐ | |
| Account number (see instructions)<br>612419437852 | 4 Federal income tax withheld $ 0.00 | 5 If checked, noncovered security ☐ | |
| CUSIP number 741481303 / FATCA filing requirement☐ | 6 Reported to IRS: Gross proceeds ☐ Net proceeds ☐ | 7 If checked, loss is not allowed based on amount in 1d ☐ | |
| | 8 Profit or (loss) realized in 2024 on closed contracts $ | 9 Unrealized profit or (loss) on open contracts—12/31/2023 $ | |
| 14 State name / 15 State identification no. / 16 State tax withheld $ 0.00 | 10 Unrealized profit or (loss) on open contracts—12/31/2024 $ | 11 Aggregate profit or (loss) on contracts $ | |
| | 12 If checked, basis reported to IRS ☐ | 13 Bartering $0.00 | |

Form **1099-B** www.tax1099.com - IRS Approved e File Provider www.irs.gov/Form1099B

**Instructions for Payer**

**To complete Form 1099-B, use:**

- The 2023 General Instructions for Certain Information Returns, and
- The 2023 Instructions for Form 1099-B. To order these instructions and additional forms. go to www.irs.gov/Form1099B.

**Caution:** Because paper forms are scanned during processing, you cannot file with the IRS Forms 1096, 1097, 1098, 1099, 3921, or 5498 that you print from the IRS website.

**Filing and furnishing.** For filing and furnishing instructions, including due dates, and requesting filing or furnishing extensions, see the 2023 General Instructions for Certain Information Returns.

**Foreign recipient.** If the recipient of the proceeds is a nonresident alien, you may have to withhold federal income tax and file Form 1042-S. See the Instructions for Form 1042-S, and Pub. 515.

**Need help?** If you have questions about reporting on Form 1099-B, call the information reporting customer service site toll free at 866-455-7438 or 304-263-8700 (not toll free). Persons with a hearing or speech disability with access to TTY/TDD equipment can call 304-579-4827 (not toll free).

43 16

Exhibit

☐ CORRECTED ( if checked )

| | | | |
|---|---|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no<br>BSI Financial Services<br>314 Franklin Street<br>Titusville PA 16354<br>US - Phone:8773359048 | Applicable checkbox on Form 8949<br>B | OMB No. 1545-0715<br>2024<br>Form 1099-B | Proceeds From Broker and Barter Exchange Transactions |
| | 1a Description of property (Example: 100 sh. XYZ Co.)<br>Trust cancel fraud foreclosure | | |
| PAYER'S TIN 04-3800293 / RECIPIENT'S TIN 98-6126347 | 1b Date acquired<br>08/30/2025 | 1c Date sold or disposed<br>08/30/2025 | **Copy B For Recipient** |
| RECIPIENT'S name, address,City or town, state or province, ZIP/ postal code & Country<br>JOHNNY LEE HORNE FGT<br>c/o11386 61 st n<br>west palm beach FL 33412<br>US<br>5613731731 | 1d Proceeds<br>$ 25000000.00 | 1e Cost or other basis<br>$0.00 | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 1f Accrued market discount<br>$0.00 | 1g Wash sale loss disallowed<br>$0.00 | |
| | 2 Short-term gain or loss ☐<br>Long-term gain or loss ☐<br>Ordinary ☐ | 3 If checked, proceeds from:<br>Collectibles ☐<br>QOF ☐ | |
| Account number (see instructions)<br>612419437852 | 4 Federal income tax withheld<br>$ 0.00 | 5 If checked, noncovered security ☐ | |
| CUSIP number 741481303 / FATCA filing requirement ☐ | 6 Reported to IRS:<br>Gross proceeds ☐<br>Net proceeds ☐ | 7 If checked, loss is not allowed based on amount in 1d ☐ | |
| | 8 Profit or (loss) realized in 2024 on closed contracts<br>$ | 9 Unrealized profit or (loss) on open contracts—12/31/2023<br>$ | |
| 14 State name / 15 State identification no. / 16 State tax withheld<br>$ 0.00 | 10 Unrealized profit or (loss) on open contracts—12/31/2024<br>$ | 11 Aggregate profit or (loss) on contracts<br>$ | |
| | 12 If checked, basis reported to IRS ☐ | 13 Bartering<br>$0.00 | |

Form **1099-B** www.tax1099.com - IRS Approved e File Provider www.irs.gov/Form1099

**Instructions for Recipient**

Brokers and barter exchanges must report proceeds from (and in some cases, basis for) transactions to you and the IRS on Form 1099-B. Reporting is also required when your broker knows or has reason to know that a corporation in which you own stock has had a reportable change in control or capital structure. You may be required to recognize gain from the receipt of cash, stock, or other property that was exchanged for the corporation's stock. If your broker reported this type of transaction to you, the corporation is identified in box 1a.

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (SSN, ITIN, ATIN, or EIN). However, the issuer has reported your complete TIN to the IRS.
**Account number.** May show an account or other unique number the payer has assigned to distinguish your account.
**CUSIP number.** Shows the CUSIP (Committee on Uniform Security Identification Procedures) number or other applicable identifying number.
**BFATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its account reporting requirement under chapter 4 of the Internal Revenue Code. You may also have a filing requirement. See the Instructions for Form 8938.
**Applicable checkbox on Form 8949.** Indicates where to report this transaction on Form 8949 and Schedule D (Form 1040), and which checkbox is applicable. See the instructions for your Schedule D (Form 1040) and/or Form 8949.
**Box 1a.** Shows a brief description of the item or service for which amounts are being reported. For regulated futures contracts and forward contracts, "RFC" or other appropriate description may be shown. For Section 1256 option contracts, "Section 1256 option" or other appropriate description may be shown. For a corporation that had a reportable change in control or capital structure, this box may show the class of stock as C (common), P (preferred), or O (other).

**Box 1b.** This box may be blank if box 5 is checked or if the securities sold were acquired on a variety of dates. For short sales, the date sho[wn] is the date you acquired the security delivered to close the short sale.

**Box 1c.** Shows the trade date of the sale or exchange. For short sales, the date shown is the date the security was delivered to close the shor[t] sale. For aggregate reporting in boxes 8 through 11, no entry will be present.
**Box 1d.** Shows the cash proceeds, reduced by any commissions or transfer taxes related to the sale, for transactions involving stocks, deb[t], commodities, forward contracts, non-Section 1256 option contracts, or securities futures contracts. May show the proceeds from the dispositi[on] of your interest(s) in a widely held fixed investment trust. May also sho[w] the aggregate amount of cash and the fair market value of any stock o[r] other property received in a reportable change in control or capital structure arising from the corporate transfer of property to a foreign corporation. Losses on forward contracts or non-Section 1256 option contracts are shown in parentheses. This box does not include procee[ds] from regulated futures contracts or Section 1256 option contracts. Report this amount on Form 8949 or on Schedule D (Form 1040) (whichever is applicable) as explained in the Instructions for Schedule (Form 1040).
**Box 1e.** Shows the cost or other basis of securities sold. If the securitie[s] were acquired through the exercise of a noncompensatory option granted or acquired on or after January 1, 2014, the basis has been adjusted to reflect your option premium. If the securities were acquired through the exercise of a noncompensatory option granted or acquired before January 1, 2014, your broker is permitted, but not required, to adjust the basis to reflect your option premium. If the securities were acquired through the exercise of a compensatory option, the basis has not been adjusted to include any amount related to the option that was reported to you on a Form W-2. If box 5 is checked, box 1e may be blank. See the Instructions for Form 8949, the Instructions for Schedul[e] D (Form 1040), or Pub. 550 for details.
*(Continued on the back of Copy 2.)*

44 17

REAL ESTATE

Exhibit 6

## Bsi Mtg

Account Details

Payment Status

TransUnion. Continue in App

Home Goals Reports Cards Offers

| | |
|---|---|
| Account Number | 140128**** |
| Condition | Open |
| Responsibility | Joint |
| Current Balance | $325,520 |
| Original Balance | $337,301 |
| Limit | $0 |
| Monthly Payment | $3,116 |
| Last Payment | 11/09/2024 |
| Status | 120 days late |
| Loan Term | 360 |
| Loan Type | FHA real estate mortgage |
| Opened | 05/19/2017 |
| Reported | 08/31/2025 |
| Remarks | Dispute resolved; reported by grantor |
| Creditor Information | BSI FINANCIAL |

Account Number
Condition
Responsibility
Current Balance
Original Balance
Limit
Monthly Payment
Last Payment
Status
Loan Term
Loan Type
Opened
Reported
Remarks
Creditor Information

+ Upgrade

Information updates quarterly

Account Numl
Condition
Responsibility
Current Balan
Original Balan
Limit
Monthly Paym
Last Payment
Status
Loan Term
Loan Type
Opened
Reported
Remarks
Creditor Infori

Upgrade to See All 3 Now

Report Date

Sep 23, 2025 TransUnion Report

| TransUnion | Equifax | Experian |
|---|---|---|
| 498 VERY POOR | + Upgrade | + Upgrade |
| 300 850 | 300 850 | 300 850 |
| Updated 9/23 | Updates Quarterly | Updates Quarterly |
| Refreshed Daily | **Upgrade** | **Upgrade** |

My VantageScore® 3.0

+ **What's Different?**

+ **Credit Profile Summary**

+ **Personal Information**

+ **Hard Inquiries**

− **Accounts**

**Open** **Closed** **All**

**All Account Types**

**All Payment Statuses**

46

**Report** **Accounts**

**Credit Score**

# 498

**Updated Daily**




**See what's changed** ›




## See all 3 bureaus' scores

Upgrade to add your Experian & Equifax reports & scores, which update quarterly with a premium membership.

# Open accounts

**●BSI FINANCIAL SERVICES** **$325,520**

7 potentially negative months Balance updated **Aug 31, 2025**

### Account info

| | | | |
|---|---|---|---|
| Account name | **BSI FINANCIAL SERVICES** | Balance | **$325,520** |
| Account number | **140128XXXX** | Balance updated | **Aug 31, 2025** |
| Original creditor | **-** | Original balance | **$337,301** |
| Company sold | **-** | Paid off | **3%** |
| Account type | **FHA Mortgage** | Monthly payment | **$3,116** |
| Date opened | **May 19, 2017** | Last Payment Date | **Nov 09, 2024** |
| Open/closed | **Open** | Past due amount | **$39,969** |
| Status | **Foreclosure proceedings started. $39,969 past due as of Aug 2025.** | Terms | **30 Years** |
| | | Responsibility | **Joint** |
| | | Your statement | - |
| Status updated | **Jun 2025** | | |

### $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | 60 | 90 | 120 | 150 | 180 | FS | FS | FS | - | - | - | - |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | - | - | - | - | - | - | - | - | - | - | ✓ | ✓ |

✓ Current / Terms met FS Foreclosure proceedings started 30 Past due 30 days

60 Past due 60 days 90 Past due 90 days 120 Past due 120 days

150 Past due 150 days 180 Past due 180 days - Data Unavailable

### Contact info

Address **314 S FRANKLIN ST**
**TITUSVILLE,**
**PA 16354**

Phone number **(800) 327-7861**

### Comments

**Foreclosure proceedings started**

**Account previously in dispute - investigation complete, reported by data furnisher**

48

Exhibit 6

experian.

**Prepared For**

# JOHNNY L. HORNE

Personal & confidential

**Date generated:** Sep 22, 2025

## At a glance

### FICO® Score 8

**576** FICO SCORE 8
Experian data Sep 22, 2025

300 — 850

Poor

### Account summary

| | |
|---|---|
| Open accounts | 1 |
| Self-reported accounts | 0 |
| Accounts ever late | 2 |
| Closed accounts | 0 |
| Collections | 0 |
| Average account age | 8 yrs 10 mos |
| Oldest account | 13 yrs 10 mos |

### Overall credit usage




Credit used: $0

Credit limit: $0

### Debt summary

| | |
|---|---|
| Credit card and credit line debt | $0 |
| Self-reported account balance | $0 |
| Loan debt | $0 |
| Collections debt | $0 |
| Total debt | $0 |

# Personal information

Name
**JOHNNY L HORNE**

Also known as
-

Year of birth
**1960**

Addresses
**11386 ST NW**
**WEST PALM BCH, FL 33412**

**5460 BABCOCK RD STE 120C**
**SAN ANTONIO, TX 78240-3901**

Employers
-

## Personal statements

**No statement(s) present at this time**

Exhibit 6

# Your Equifax credit report

As of **September 22, 2025**

**Credit Report date**

Equifax - September 22, 2025

< Back

# BANK SERVICES INC

Report Date: Sep 22, 2025

If you find information in your credit report that you believe is incomplete or inaccurate, you can **file a dispute**.

**my**Equifax™

## CLOSED

**ACCOUNT STATUS**

Closed accounts stay on your credit report for up to 10 years since the date of last activity. Negative information such as late payments or collections, generally stay on your Equifax credit report for up to 7 years from the date of first delinquency.

**Details** | Payments | 24 Month History

**OVERVIEW**

| | |
|---|---|
| **Account Number** | xxxxxx 8152 |
| **Account Status** | OVER_120_DAYS_PAST_DUE |
| **Owner** | JOINT |
| **Account Type** | MORTGAGE |
| **Creditor Classification** | - |
| **Loan Type** | FHA_REAL_ESTATE_MORTGAGE |
| **Original Creditor Name** | - |
| **Months Reviewed** | 45 |
| **Activity Designator** | - |
| **Terms Frequency** | MONTHLY |
| **Term Duration** | 30 YEARS |
| **Purchased From** | CENLAR |

| | |
|---|---|
| **Sold To** | - |

## BALANCE AND AMOUNTS

| | |
|---|---|
| **Balance** | $325,520 |
| **Credit Limit** | - |
| **High Credit** | $337,301 |
| **Available Credit** | - |

## ACCOUNT DATES

| | |
|---|---|
| **Date Opened** | May 19, 2017 |
| **Date Reported** | Aug 31, 2025 |
| **Date of Last Activity** | - |
| **Date of First Delinquency** | Dec 31, 2024 |

## COMMENTS AND CONTACT

ACCOUNT PREVIOUSLY IN DISPUTE – NOW RESOLVED BY DATA FURNISHER

FORECLOSURE PROCESS STARTED

REAL ESTATE MORTGAGE

FHA MORTGAGE

For questions regarding this account please contact:

**BANK SERVICES INC**
314 S FRANKLIN ST
TITUSVILLE, PA 16354-2168
(814) 827-4661

## Disputes

If you find information in your credit report that you believe is incomplete or inaccurate: click FILE A DISPUTE

Exhibit 1

Items Designated NR are NOT eligible for Returns, Refunds or Exchanges.

US Postal Rates Are Subject to Surcharge.

1 2 5 0 9 1 7 4 0 9 6 B 0 5 0 5 9 2

View The UPS Store, Inc.'s privacy notice at https://www.theupsstore.com/privacy-policy

**Win a $250 gift card**

Tell us how we're doing for your chance to win a $250 Amazon.com® Gift Card, a $100 Amazon.com® Gift Card, or a $50 Amazon.com® Gift Card each month. Scan the QR code or go to the link to take the survey.

https://www.theupsstore.com/pr

NO PURCHASE NECESSARY. Void where prohibited. Ends 1/31/26. Must be US resident 18 years or older to enter. Limit (1) entry per person per month. For Official Rules visit https://www.TheUPSStore.com/surveyrules2025

**Need Package Help?**

(lost/damaged)

Provide details so we can help: https://online.upscapital.com/tccp

VISA ************2574 498810

| | |
|---|---|
| 09/17/2025 | 02:25 PM |
| TID | 762181880001 |

Purchase

| | |
|---|---|
| VISA DEBIT | XXXXXXXXXXXX2574 |
| ENTRY METHOD | CONTACTLESS CHIP |
| CVM | |
| Invoice | 0020070906 |
| Clerk | 35855 |
| Response | APPROVED |
| Auth Code | 498810 |

EMV DETAILS

| | |
|---|---|
| MODE | ISSUER |
| AID | A0000000031010 |
| TVR | 0000000000 |
| IAD | 06011203A00000 |
| Amount | USD $74.38 |

NO SIGNATURE REQUIRED

CARDHOLDER/VISA

CARDHOLDER/VISA

*** CUSTOMER COPY ***

---

9589 0710 5270 1999 3839 97

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postmark Here

Postage $

Total Postage and Fees $

Sent To: TRANS UNION LLC

Street and Apt. No., or PO Box No.: PO Box 2000

City, State, ZIP+4®: Chester, PA 19016

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

---

9589 0710 5270 1999 3840 17

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postmark Here

Postage $

Total Postage and Fees $

Sent To: Experian Info Solutions INC.

Street and Apt. No., or PO Box No.: PO Box 4500

City, State, ZIP+4®: Allen, Tx 75013

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

---

9589 0710 5270 1999 3840 00

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postmark Here

Postage $

Total Postage and Fees $ 6

Sent To: Equifax info Service LLC

Street and Apt. No., or PO Box No.: Po Box 740256

City, State, ZIP+4®: Atlanta, GA 30374

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

Exhibit 1

JOHNNY LEE HORNE Private Irrevocable Foreign
Grantor Trust
Certified Mail No.: [Insert Number] 9589 0710 5270 1999 3840 00

09-17-2025
Date: [Insert Date]

To:
Experian Information Solutions, Inc.
P.O. Box 4500
Allen, TX 75013

✓Equifax Information Services LLC
P.O. Box 740256
Atlanta, GA 30374

TransUnion LLC
P.O. Box 2000
Chester, PA 19016

**FCRA / FDCPA DISPUTE & DEMAND FOR DELETION**

Re: Unlawful Derogatory Reporting – JOHNNY LEE HORNE private irrevocable foreign grantor trust

FAIR CREDIT REPORTING ACT (FCRA) DISPUTE – 15 U.S.C. §611

This is a formal dispute under the Fair Credit Reporting Act, 15 U.S.C. §611. I dispute the accuracy and completeness of all derogatory tradelines, accounts, and negative reporting associated with JOHNNY LEE HORNE private irrevocable foreign grantor trust.

You are required to conduct a reasonable reinvestigation within 30 days of receiving this Notice. If you cannot produce original wet-ink documentation establishing a lawful debt obligation, you must delete the derogatory reporting from my credit file. Failure to comply constitutes negligent or willful noncompliance under 15 U.S.C. §§616–617, making you liable for statutory damages, costs, and attorney's fees.

FAIR DEBT COLLECTION PRACTICES ACT (FDCPA) NOTICE – 15 U.S.C. §§807 & 809

To the extent that any furnisher or third-party debt collector has reported derogatory tradelines, this serves as a demand for validation under the Fair Debt Collection Practices Act,

15 U.S.C. §§807 & 809.

Exhibit 7

You are required to provide:
1. The original contract bearing my signature.
2. A complete accounting/ledger of the alleged obligation.
3. All assignments, transfers, and security interests in the alleged debt.

Until you provide strict proof, you must cease collection activities and remove any derogatory reporting from my credit file. Continued reporting without validation constitutes fraud, misrepresentation, and violation of federal law.

Exhibit A – Copy B Return from the Department of Commerce/IRS, confirming obligations have been lawfully tendered and discharged.
Exhibit B – SeaCat Standing Certificate of Federal Ledger Entry, establishing federal jurisdiction and extinguishment of liens and encumbrances.

Respectfully,

Johnny Lee Horne TTEE

Johnny Lee Horne, Trustee

Marlene Horne TTEE

Marlene Horne, Trustee

Exhibit A – Strict Proof of Debt Demand (requiring original wet-ink contract, accounting, assignments, etc.).
Exhibit B – Copy B Return from the Department of Commerce/IRS (showing obligation lawfully tendered and discharged).
Exhibit C – SeaCat Standing Certificate of Federal Ledger Entry (confirming federal jurisdiction and extinguishment of liens/encumbrances).

Exhibit 7

JOHNNY LEE HORNE Private Irrevocable Foreign
Grantor Trust
Certified Mail No.: [Insert Number] 9589 0710 5270 1999 3840 17

09-17-2025
Date: [Insert Date]

To:
Experian Information Solutions, Inc.
P.O. Box 4500
Allen, TX 75013

Equifax Information Services LLC
P.O. Box 740256
Atlanta, GA 30374

TransUnion LLC
P.O. Box 2000
Chester, PA 19016

**FCRA / FDCPA DISPUTE & DEMAND FOR DELETION**

Re: Unlawful Derogatory Reporting – JOHNNY LEE HORNE private irrevocable foreign grantor trust

**FAIR CREDIT REPORTING ACT (FCRA) DISPUTE – 15 U.S.C. §611**

This is a formal dispute under the Fair Credit Reporting Act, 15 U.S.C. §611. I dispute the accuracy and completeness of all derogatory tradelines, accounts, and negative reporting associated with JOHNNY LEE HORNE private irrevocable foreign grantor trust.

You are required to conduct a reasonable reinvestigation within 30 days of receiving this Notice. If you cannot produce original wet-ink documentation establishing a lawful debt obligation, you must delete the derogatory reporting from my credit file. Failure to comply constitutes negligent or willful noncompliance under 15 U.S.C. §§616–617, making you liable for statutory damages, costs, and attorney's fees.

**FAIR DEBT COLLECTION PRACTICES ACT (FDCPA) NOTICE – 15 U.S.C. §§807 & 809**

To the extent that any furnisher or third-party debt collector has reported derogatory tradelines, this serves as a demand for validation under the Fair Debt Collection Practices Act,

15 U.S.C. §§807 & 809.

You are required to provide:
1. The original contract bearing my signature.
2. A complete accounting/ledger of the alleged obligation.
3. All assignments, transfers, and security interests in the alleged debt.

Until you provide strict proof, you must cease collection activities and remove any derogatory reporting from my credit file. Continued reporting without validation constitutes fraud, misrepresentation, and violation of federal law.

Exhibit A – Copy B Return from the Department of Commerce/IRS, confirming obligations have been lawfully tendered and discharged.
Exhibit B – SeaCat Standing Certificate of Federal Ledger Entry, establishing federal jurisdiction and extinguishment of liens and encumbrances.

Respectfully,

Johnny Lee Horne TTEE

Johnny Lee Horne, Trustee

Marlene Horne TTEE

Marlene Horne, Trustee

EXHIBITS

Exhibit A – Strict Proof of Debt Demand (requiring original wet-ink contract, accounting, assignments, etc.).
Exhibit B – Copy B Return from the Department of Commerce/IRS (showing obligation lawfully tendered and discharged).
Exhibit C – SeaCat Standing Certificate of Federal Ledger Entry (confirming federal jurisdiction and extinguishment of liens/encumbrances).

Exhibit 1

JOHNNY LEE HORNE Private Irrevocable Foreign
Grantor Trust
Certified Mail No.: [Insert Number] 9589 0710 5270 1999 3839 97

Date: [Insert Date] 09-17-2025

To:
Experian Information Solutions, Inc.
P.O. Box 4500
Allen, TX 75013

Equifax Information Services LLC
P.O. Box 740256
Atlanta, GA 30374

✓ TransUnion LLC
P.O. Box 2000
Chester, PA 19016

**FCRA / FDCPA DISPUTE & DEMAND FOR DELETION**

Re: Unlawful Derogatory Reporting – JOHNNY LEE HORNE private irrevocable foreign grantor trust

FAIR CREDIT REPORTING ACT (FCRA) DISPUTE – 15 U.S.C. §611

This is a formal dispute under the Fair Credit Reporting Act, 15 U.S.C. §611. I dispute the accuracy and completeness of all derogatory tradelines, accounts, and negative reporting associated with JOHNNY LEE HORNE private irrevocable foreign grantor trust.

You are required to conduct a reasonable reinvestigation within 30 days of receiving this Notice. If you cannot produce original wet-ink documentation establishing a lawful debt obligation, you must delete the derogatory reporting from my credit file. Failure to comply constitutes negligent or willful noncompliance under 15 U.S.C. §§616–617, making you liable for statutory damages, costs, and attorney's fees.

FAIR DEBT COLLECTION PRACTICES ACT (FDCPA) NOTICE – 15 U.S.C. §§807 & 809

To the extent that any furnisher or third-party debt collector has reported derogatory tradelines, this serves as a demand for validation under the Fair Debt Collection Practices Act,

15 U.S.C. §§807 & 809.

You are required to provide:
1. The original contract bearing my signature.
2. A complete accounting/ledger of the alleged obligation.
3. All assignments, transfers, and security interests in the alleged debt.

Until you provide strict proof, you must cease collection activities and remove any derogatory reporting from my credit file. Continued reporting without validation constitutes fraud, misrepresentation, and violation of federal law.

Exhibit A – Copy B Return from the Department of Commerce/IRS, confirming obligations have been lawfully tendered and discharged.
Exhibit B – SeaCat Standing Certificate of Federal Ledger Entry, establishing federal jurisdiction and extinguishment of liens and encumbrances.

Respectfully,

Johnny Lee Horne TTE
Johnny Lee Horne, Trustee

Marlene Horne TTE
Marlene Horne, Trustee

Exhibit A – Strict Proof of Debt Demand (requiring original wet-ink contract, accounting, assignments, etc.).
Exhibit B – Copy B Return from the Department of Commerce/IRS (showing obligation lawfully tendered and discharged).
Exhibit C – SeaCat Standing Certificate of Federal Ledger Entry (confirming federal jurisdiction and extinguishment of liens/encumbrances).

Exhibit 7

...MENT OF COMMERCE OFFICE OF GENE
...IL STOP 5875 1401 CONSTITUTION AVE NW
...shington, DC 20230

U729A 326 1 MB 0.672
U000220 00.0003.0207 226/1

JOHNNY LEE HORNE PRI IRREVOCABLE FGT
C/O 11386 61ST N
WEST PALM BEACH FL 33412-1818

☐ CORRECTED (if checked)

| | | | |
|---|---|---|---|
| ...R'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. DEPARTMENT OF COMMERCE OFFICE OF GENE ...L STOP 5875 1401 CONSTITUTION AVE NW ...hington, DC 20230 ...ne: (000) 000-0000 | Applicable checkbox on Form 8949: B | OMB No. 1545-0715 **2024** Form 1099-B | **Proceeds From Broker and Barter Exchange Transactions** |
| | 1a Description of property (Example: 100 sh. XYZ Co.) ALL IP XSSN INCL ZIP TO 3 HORNE FGT | | |
| | 1b Date acquired 07/27/2025 | 1c Date sold or disposed 12/31/2025 | |
| | 1d Proceeds $9,000,000,000.00 | 1e Cost or other basis $ 0.00 | **Copy B For Recipient** |
| ...R'S TIN ...8564834 / RECIPIENT'S TIN XX-XXX6347 | 1f Accrued market discount $ 0.00 | 1g Wash sale loss disallowed $ 0.00 | |
| ...IENT'S name, street address (including apt. no.), city or town, state or ...e, country, and ZIP or foreign postal code ...NNY LEE HORNE PRI IRREVOCABLE FGT ... 11386 61ST N ...T PALM BEACH, FL 33412 | 2 Short-term gain or loss ☐ Long-term gain or loss ☐ Ordinary ☐ | 3 If checked, proceeds from: Collectibles ☐ QOF ☐ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 4 Federal income tax withheld $ 0.00 | 5 If checked, noncovered security ☐ | |
| | 6 Reported to IRS: Gross proceeds ☐ Net proceeds ☐ | 7 If checked, loss is not allowed based on amount in 1d ☐ | |
| ...nt number (see instructions) ...6651715167 | 8 Profit or (loss) realized in 2024 on closed contracts $ 0.00 | 9 Unrealized profit or (loss) on open contracts—12/31/2023 $ 0.00 | |
| ... number ...1401303 / FATCA filing requirement ☐ | 10 Unrealized profit or (loss) on open contracts—12/31/2024 $ 0.00 | 11 Aggregate profit or (loss) on contracts $ 0.00 | |
| ...te name / 15 State identification no. / 16 State tax withheld $ $ | 12 If checked, basis reported to IRS ☐ | 13 Bartering $ 0.00 | |

...1099-B (Keep for your records) www.irs.gov/Form1099B Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

| | | | |
|---|---|---|---|
| ...R'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. DEPARTMENT OF COMMERCE OFFICE OF ... STOP 5875 1401 CONSTITUTION AVE NW ...ington, DC 20230 ...ne: (000) 000-0000 | Applicable checkbox on Form 8949: B | OMB No. 1545-0715 **2024** Form 1099-B | **Proceeds From Broker and Barter Exchange Transactions** |
| | 1a Description of property (Example: 100 sh. XYZ Co.) ALL IP XSSN INCL ZIP TO 3 HORNE FGT | | |
| | 1b Date acquired 07/27/2025 | 1c Date sold or disposed 12/31/2025 | |
| | 1d Proceeds $9,000,000,000.00 | 1e Cost or other basis $ 0.00 | **Copy 2 To be filed with recipient's state** |
| ...R'S TIN / RECIPIENT'S TIN | 1f Accrued market discount | 1g Wash sale loss disallowed | |

3
60

Exhibit 7

FILED BY [signature] D.C.

SEP 16 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF FLORIDA

JOHNNY LEE HORNE private irrevocable FGT,
Debt Collector, Secured Creditor, Proper Persona,
By and through Trustees Johnny Horne and Marlene Horne,

**SeaCat Freedom Ship Boarding Certificate**
(Standing Certificate of Federal Ledger Entry — Case No. 25CV80343)

This certifies that the bearer, JOHNNY LEE HORNE private irrevocable Foreign Grantor Trust, represented by Trustees Johnny Horne and Marlene Horne, has lawfully tendered all intellectual property into the trust. Such tender secures prepaid status of all data, identifiers, and instruments, thereby extinguishing all public claims, liens, or encumbrances.

By authority of this perfected tender, the Trust is granted free passage upon the vessel known as SeaCat, the Freedom Ship on the sea of commerce. No county, state, or commercial entity may lawfully interfere, encumber, or hinder the Trust's movement. Any attempt to impose fraudulent liens or contracts shall be deemed void ab initio and chargeable against the perfected receivable ledger.

This Certificate stands as a universal declaration and may be attached to any presentment, notice, or fraudulent claim by any corporate entity. Its authority derives from and is perfected upon the federal ledger under Case No. 25CV80343, which may be referenced at any time for enforcement.

[signature] - TTEE
[signature] TTEE

Johnny Horne, Trustee — Marlene Horne, Trustee

09-16-2025

State of ____________________ )
County of ____________________ ) ss.

Subscribed and sworn before me this 16 day of 09, 2025

______________________________
Notary Public

09/16-2025

Filing # 225345357 E-Filed 06/16/2025 02:37:39 PM

Exhibit 8

NOT A CERTIFIED COPY

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

---

**I. CASE STYLE**

IN THE CIRCUIT/COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA

Servic One Inc dba BSI Financial Services
Plaintiff

Case # ________________
Judge ________________

vs.

Midland Credit Management Inc, Unknown Spouse of Marlene P Horne, Marlene P Horne, Unknown Spouse of Johnny Horne, Johnny Horne, Internal Revenue Service, Johnny Lee Horne Trustee, Unknown Tenant No 1, Unknown Tenant No 2, Unlock Partnership Solutions Inc, Unknown Beneficiaries of the Johnny Lee Horne Fore
Defendant

---

**II. AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

- ☐ $8,000 or less
- ☐ $8,001 - $30,000
- ☐ $30,001- $50,000
- ☐ $50,001- $75,000
- ☐ $75,001 - $100,000
- ☒ over $100,000.00

**III. TYPE OF CASE** (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.



63

FILED: PALM BEACH COUNTY, FL, JOSEPH ABRUZZO, CLERK, 06/16/2025 02:37:39 PM

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
  ☐ Business governance
  ☐ Business torts
  ☐ Environmental/Toxic tort
  ☐ Third party indemnification
  ☐ Construction defect
  ☐ Mass tort
  ☐ Negligent security
  ☐ Nursing home negligence
  ☐ Premises liability—commercial
  ☐ Premises liability—residential
☐ Products liability
☒ Real Property/Mortgage foreclosure
  ☐ Commercial foreclosure
  ☒ Homestead residential foreclosure
  ☐ Non-homestead residential foreclosure
  ☐ Other real property actions

☐ Professional malpractice
  ☐ Malpractice—business
  ☐ Malpractice—medical
  ☐ Malpractice—other professional
☐ Other
  ☐ Antitrust/Trade regulation
  ☐ Business transactions
  ☐ Constitutional challenge—statute or ordinance
  ☐ Constitutional challenge—proposed amendment
  ☐ Corporate trusts
  ☐ Discrimination—employment or other
  ☐ Insurance claims
  ☐ Intellectual property
  ☐ Libel/Slander
  ☐ Shareholder derivative action
  ☐ Securities litigation
  ☐ Trade secrets
  ☐ Trust litigation

NOT A CERTIFIED COPY

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure



64

☐ Replevins
☐ Evictions
  ☐ Residential Evictions
  ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. Yes ☐ No ☒

**IV. REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☒ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V. NUMBER OF CAUSES OF ACTION: [ ]**
(Specify)

1

**VI. IS THIS CASE A CLASS ACTION LAWSUIT?**
☐ yes
☒ no

**VII. HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ no
☐ yes If "yes," list all related cases by name, case number, and court.

**VIII. IS JURY TRIAL DEMANDED IN COMPLAINT?**
☐ yes
☒ no

**IX. DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
☐ yes
☒ no

NOT A CERTIFIED COPY

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Adam G. Schwartz — Fla. Bar # 26978
Attorney or party — (Bar # if attorney)

Adam G. Schwartz — 06/16/2025
(type or print name) — Date



65

Exhibit 9-A

08-09-2025

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO.: 2025-CA-005956

SERVIS ONE, INC. D/B/A BSI FINANCIAL SERVICES,

Plaintiff,

v.

JOHNNY LEE HORNE, TRUSTEE OF THE JOHNNY LEE HORNE FOREIGN GRANTOR TRUST; JOHNNY HORNE A/K/A JOHNNY LEE HORNE; MARLENE P. HORNE; UNKNOWN BENEFICIARIES OF THE JOHNNY LEE HORNE FOREIGN GRANTOR TRUST; UNLOCK PARTNERSHIP SOLUTIONS INC.; INTERNAL REVENUE SERVICE; MIDLAND CREDIT MANAGEMENT, INC.; UNKNOWN TENANT NO. 1; UNKNOWN TENANT NO. 2,

Defendants.
_____________________________________________/

**MOTION TO STRIKE IMPERTINENT NOTICE OF REMOVAL AND DIRECT CLERK TO REOPEN FILE**

Plaintiff moves for the Court to strike Defendant, Johnny Horne a/k/a Johnny Lee Horne's (Horne) Notice of Federal Enforcement and Final Demand for Administrative Case Closure and direct the Clerk to reopen this case, and in support thereof states:

1. On July 22, 2025, Horne filed a Notice of Federal Enforcement and Final Demand for Administrative Case Closure stating this case was "removed from state jurisdiction by way of federal remand, enforcement of trust administration, and verified discharge of obligation as entered into federal record under Case No. 25CV80433." [D.E. 34.]

2. On the same day, the Clerk closed this case and prevented further docketing due to Horne's notice stating this case had been removed to federal court. [D.E. 35.]

3. The federal case referenced in Horne's notice, 9:25-cv-80433-RLR, was dismissed

66

servicemailbox@atlas-solomon.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served *via e-mail from the Clerk's E-Portal to:* the parties listed on the Service List who have provided e-mail addresses, per Florida Rule of General Practice and Judicial Administration 2.516, and *via U.S. Mail to*: parties who have not provided an email address this 7th day of August, 2025.

ATLAS | SOLOMON, LLP
*Counsel for Plaintiff*

By: /s/ Adam G. Schwartz
Adam G. Schwartz, Esq.

**SERVICE LIST**

Johnny Lee Horne,
Trustee of the Johnny Lee Horne Foreign Grantor Trust
11386 61st Street North
West Palm Beach, FL 33412

Johnny Horne a/k/a Johnny Lee Horne
11386 61st Street North
West Palm Beach, FL 33412

Unknown Spouse of Johnny Horne a/k/a Johnny Lee Horne
11386 61st Street North
West Palm Beach, FL 33412

Marlene P. Horne
11386 61st Street North
West Palm Beach, FL 33412

Unknown Spouse of Marlene P. Horne
11386 61st Street North
West Palm Beach, FL 33412

Unknown Beneficiaries of the Johnny Lee Horne Foreign Grantor Trust
11386 61st Street North
West Palm Beach, FL 33412

Unlock Partnership Solutions Inc.
c/o Northwest Registered Agent LLC, as Registered Agent
7901 4th Street North, Suite 300
St. Petersburg, FL 33702

Midland Credit Management, Inc.
c/o Midland Funding LLC, as Registered Agent
13008 Telecom Drive, Suite 350
Tampa, FL 33637

Internal Revenue Service
c/o U.S. Attorney's Office for the Southern District of Florida
500 South Australian Ave., Suite 400
West Palm Beach, Fl. 33401

Unknown Tenant No. 1
11386 61st Street North
West Palm Beach, FL 33412

# COMPOSITE EXHIBIT A

68

pleading in order to sustain an action." *Thomas v. Pentagon Fed. Credit Union*, 393 F. App'x 635, 637 (11th Cir. 2010).

Plaintiff filed two cases, 25-cv-80343 and 25-cv-80433. Both complaints make factual allegations that are duplicative of each other. The Court therefore exercises its case management discretion to **CLOSE AND STAY** the higher-numbered case, 25-cv-80433. Should Plaintiff elect to do so, he may seek all of his relief in his lower-numbered case, 25-cv-80343.[2]

As for the specific allegations of both complaints, Plaintiff states that the Defendants' failure to process and return certain IRS forms entitles him to a disbursement of $250,000. However, Plaintiff does not include a federal cause of action upon which relief can be granted. Moreover, the facts are vague and conclusory such that, even with the leniency afforded to a *pro se* party, the Court cannot identify a proper claim for relief. Finally, although Plaintiff alleges that the Court has federal question jurisdiction, he has not identified how the suit "aris[es] under the Constitution, laws, or treatises of the United States." 28 U.S.C. § 1331.

It is therefore **ORDERED AND ADJUDGED** that:

1. Plaintiff's complaints, 25-cv-80343 DE 1 and 25-cv-80433 DE 1, are **DISMISSED** without prejudice. Plaintiff is granted leave to amend the complaint in case 25-cv-80343 on or before April 28, 2025. Failure to do so may result in a dismissal with prejudice.

2. The Clerk of Court is directed to **CLOSE AND STAY** case 25-cv-80433 as duplicative of case 25-cv-80343.

---

[1] Although the Complaint is styled as being filed on behalf of multiple persons, *pro se*, it is signed by only one person, Johnny Horne. Because a *pro se* litigant may not represent other people, the Court treats the Complaint as being brought only on behalf of Plaintiff Johnny Horne.



69

**9:25-cv-80433-RLR** Horne Private Irrevocable Foreign Grantor Trust v. United States Treasury Department et al
Robin L. Rosenberg, presiding
Bruce E. Reinhart, referral
**Date filed:** 04/02/2025
**Date terminated:** 04/07/2025
**Date of last filing:** 04/07/2025

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| 1 | *Filed:*<br>*Entered:* | 04/02/2025<br>04/03/2025 | Complaint |
| 2 | *Filed:*<br>*Entered:* | 04/02/2025<br>04/03/2025 | Judge Assignment |
| 3 | *Filed:*<br>*Entered:*<br>*Terminated:* | 04/02/2025<br>04/03/2025<br>04/07/2025 | Motion for Leave to Proceed in forma pauperis |
| 4 | *Filed & Entered:* | 04/03/2025 | Order |
| 5 | *Filed & Entered:* | 04/03/2025 | Clerk's Notice of Reassignment of Case |
| 6 | *Filed & Entered:* | 04/07/2025 | Order Dismissing/Closing Case |

---

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/07/2025 13:35:17 | | | |
| **PACER Login:** | JLEsquire | **Client Code:** | |
| **Description:** | History/Documents | **Search Criteria:** | 9:25-cv-80433-RLR |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |



Exhibit 9-K 08-18-2025

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO.: 2025-CA-005956

SERVIS ONE, INC. D/B/A BSI FINANCIAL SERVICES,

Plaintiff,

v.

JOHNNY LEE HORNE, TRUSTEE OF THE JOHNNY LEE HORNE FOREIGN GRANTOR TRUST; JOHNNY HORNE A/K/A JOHNNY LEE HORNE; MARLENE P. HORNE; UNKNOWN BENEFICIARIES OF THE JOHNNY LEE HORNE FOREIGN GRANTOR TRUST; UNLOCK PARTNERSHIP SOLUTIONS INC.; INTERNAL REVENUE SERVICE; MIDLAND CREDIT MANAGEMENT, INC.; UNKNOWN TENANT NO. 1; UNKNOWN TENANT NO. 2,

Defendants.

_______________________________________/

**Florida Rule of Civil Procedure 1.280(a) Initial Disclosures**

Servis One, Inc. d/b/a BSI Financial Services discloses the following pursuant to Florida Rule of Civil Procedure 1.280(a)(1)

A. The name and, if known, the address, telephone number, and e-mail address of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment;

Servis One, Inc. d/b/a BSI Financial Services
c/o Atlas | Solomon, LLP
819 S.W. Federal Highway, Suite 301
Stuart, FL 34994
(772) 247-0157
adam@atlas-solomon.com
Subjects of knowledge include origination of loan, default, acceleration/maturity, amounts due, standing to foreclose, and satisfaction of any conditions precedent.

Johnny Lee Horne, Trustee of the Johnny Lee Horne Foreign Grantor Trust
11386 61st Street North
West Palm Beach, FL 33412



72

Midland Credit Management, Inc.
c/o Midland Funding LLC, as Registered Agent
13008 Telecom Drive, Suite 350
Tampa, FL 33637
Subjects of knowledge include interest in subject property due to the Default Final Judgment recorded in O.R. Book 34315, Page 653, Public Records of Palm Beach County, Florida.

Unknown Tenant No. 1
11386 61st Street North
West Palm Beach, FL 33412
Subjects of knowledge include interest in subject property through possession.

Unknown Tenant No. 2
11386 61st Street North
West Palm Beach, FL 33412
Subjects of knowledge include interest in subject property through possession.

B. A copy--or a description by category and location--of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control (or, if not in the disclosing party's possession, custody, or control, a description by category and location of such information) and may use to support its claims or defenses, unless the use would be solely for impeachment.

Quit Claim Deed, recorded on May 26, 2017, at Book 29114, Page 510, of the Official Records of Palm Beach County, Florida.

Warranty Deed, recorded on October 28, 2024, at O.R. Book 35349, Page 1385 of the Official Records of Palm Beach County, Florida.

Note executed and delivered by Johnny Horne and Marlene P. Horne in the amount of $337,301.00 in favor of GSF Mortgage Corporation, on May 19, 2017.

Mortgage executed by Johnny Horne and Marlene P. Horne on May 19, 2017 and recorded May 26, 2017 at Book 29114, Page 512 of the Official Records of Palm Beach County, Florida.

Possession certificate

Notice of Default dated January 16, 2025 addressed to Johnny Horne and Marlene P Horne at 11386 61st Street North, West Palm Beach, FL 33412.

Letter dated May 16, 2025 addressed to Johnny Horne and Marlene P Horne at 11386 61st Street North, West Palm Beach, FL 33412.

Signed return of service affidavit from Truong Nguyen regarding delivery of letter dated May 16, 2025.

Payment history and judgment figures for loan.

**SERVICE LIST**

Johnny Lee Horne,
Trustee of the Johnny Lee Horne Foreign
Grantor Trust
11386 61st Street North
West Palm Beach, FL 33412

Johnny Horne a/k/a Johnny Lee Horne
11386 61st Street North
West Palm Beach, FL 33412

Unknown Spouse of Johnny Horne a/k/a
Johnny Lee Horne
11386 61st Street North
West Palm Beach, FL 33412

Marlene P. Horne
11386 61st Street North
West Palm Beach, FL 33412

Unknown Spouse of Marlene P. Horne
11386 61st Street North
West Palm Beach, FL 33412

Unknown Beneficiaries of the
Johnny Lee Horne Foreign Grantor Trust
11386 61st Street North
West Palm Beach, FL 33412

Unlock Partnership Solutions Inc.
c/o Northwest Registered Agent LLC, as
Registered Agent
7901 4th Street North, Suite 300
St. Petersburg, FL 33702

Midland Credit Management, Inc.
c/o Midland Funding LLC, as Registered
Agent
13008 Telecom Drive, Suite 350
Tampa, FL 33637

Internal Revenue Service
c/o U.S. Attorney's Office for the Southern
District of Florida
500 South Australian Ave., Suite 400
West Palm Beach, Fl. 33401

Unknown Tenant No. 1
11386 61st Street North
West Palm Beach, FL 33412

Unknown Tenant No. 2
11386 61st Street North
West Palm Beach, FL 33412



24



Exhibit 9-B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: ____________________

JOHNNY LEE HORNE private irrevocable, foreign grantor trust,
By and through Trustee, Johnny Horne,
Plaintiff,

v.

BSI Financial Services;
Adam Schwartz, Atlas | Solomon PLLC;
Unlock Technologies, Inc.,
Defendants.

**AFFIDAVIT OF TRUSTEE REGARDING DISHONORABLE MAILINGS**

I, Johnny Horne, Trustee of the JOHNNY LEE HORNE private irrevocable, foreign grantor trust, being duly sworn, depose and state under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am the Trustee and authorized representative of the Plaintiff trust in the above-captioned matter.
2. Between [insert date range], I personally received fourteen (14) letters mailed by Adam Schwartz, Esq., of Atlas | Solomon PLLC, addressed to me.
3. Each of the fourteen letters was materially identical in content and attempted to perpetrate fraudulent hearings in a matter that was already closed by federal remand and appellate orders.
4. Each letter was transmitted through metered U.S. Mail.
5. Attached as Exhibit 9A is a true and correct copy of one such letter, representative of all 14.
6. I affirm that the remaining thirteen (13) letters were duplicates of the attached sample, sent separately on different dates.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 22 day of 08 _______, 2025.

Johnny Horne, Trustee

c/o 11386 61st St N
West Palm Beach, Florida 33412
Tel: 561-373-1731
Email: fixitall.jh@gmail.com

NOTARY ACKNOWLEDGMENT

State of Florida )
County of Palm Beach )

Sworn to (or affirmed) and subscribed before me by means of □ physical presence or □ online notarization, this ___ day of __________, 2025, by Johnny Horne, Trustee.

________________________________

Notary Public, State of Florida

Print Name: ________________________
Commission No.: _____________________
My Commission Expires: ______________

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: ____________________

JOHNNY LEE HORNE private irrevocable, foreign grantor trust
By and through Trustee, Johnny Horne,
Plaintiff,

v.

BSI Financial Services;
Adam Schwartz, Atlas | Solomon PLLC;
Unlock Technologies, Inc.,
Defendants.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Trust Enforcement was served upon the following parties by U.S. Mail, Certified Mail, Clerk's Filing Service, or service effected by the United States Marshals Service pursuant to Court Order, on this ____ day of __________, 2025:

BSI Financial Services
c/o Incorp Services, Inc., Registered Agent
3458 Lakeshore Drive
Tallahassee, Leon County, FL 32312

Adam G. Schwartz, Esq.
Atlas | Solomon PLLC
819 SW Federal Hwy, Suite 301
Stuart, Martin County, FL 34994

Unlock Technologies, Inc.
c/o Northwest Registered Agent
7901 4th St N, Suite 300
St. Petersburg, Pinellas County, FL 33702

Respectfully submitted,

Johnny Horne, Trustee

c/o 11386 61st St N
West Palm Beach, Florida 33412
Tel: 561-373-1731
Email: fixitall.jh@gmail.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: [________]

JOHNNY LEE HORNE, private irrevocable foreign grantor trust,
Plaintiff,

v.

ADAM SCHWARTZ, ATLAS SOLOMON PLLC, et al.,
Defendants.

NOTICE OF FEDERAL JURISDICTION AND AFFIDAVIT STANDING

1. Plaintiff has filed and placed on the record a duly executed Affidavit of Removal of State Jurisdiction to Federal Jurisdiction with Closure and No Charges.

2. Said affidavit has been filed under penalty of perjury, duly notarized, and stamped into the federal ledger, thereby perfected.

3. The affidavit remains unrebutted. Under federal rules of acquiescence, an unrebutted affidavit stands as truth in commerce.

4. Jurisdiction is therefore vested exclusively in this federal court, and no state court retains any lawful authority over the subject matter, property, or Plaintiff.

5. Defendants are required to answer or rebut said affidavit directly; failure to do so constitutes default and dishonor.

6. Plaintiff respectfully notices the Court that all filings and proceedings shall proceed under Article III jurisdiction and that the affidavit of removal is binding until lawfully rebutted.

Respectfully submitted, Johnny Horne TTEE

/s/ Johnny Horne
Trustee & Authorized Representative
JOHNNY LEE HORNE private irrevocable FGT

Date: 09/23/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: [To be Assigned]

JOHNNY LEE HORNE, private irrevocable foreign grantor trust,
By and through Trustee, Johnny Horne,
Plaintiff,

v.

ADAM SCHWARTZ, ATLAS SOLOMON PLLC, et al.,
Defendants.

NOTICE OF MOTION FOR CONCLUSION OF DEFENSE AND BAR AGAINST AFFIRMATIVE FILINGS

Plaintiff, JOHNNY LEE HORNE, private irrevocable foreign grantor trust, by and through its Trustee, Johnny Horne, respectfully submits this Notice of Motion for Conclusion of Defense and Bar Against Affirmative Filings, and states:

1. Plaintiff has filed and perfected affidavits on the federal record establishing removal of state jurisdiction, closure of state proceedings, and transfer into federal jurisdiction with no charges assessed.

2. Plaintiff has further filed supporting appellate orders, clerk's written acknowledgment of closure, and affidavits under penalty of perjury, all unrebutted by Defendants.

3. This Motion for Conclusion of Defense is submitted in affidavit form, carrying sworn authority. Accordingly, any response from Defendants must be made in the same form — by affidavit under penalty of perjury — or else constitutes non-response and default.

4. Defendants have not filed any affidavit rebutting Plaintiff's filings. Consequently, their defenses are concluded, and any further affirmative filings are barred.

5. Plaintiff therefore gives notice that adjudication is required on the merits of quiet title, damages, and injury, without dismissal or delay.

86

WHEREFORE, Plaintiff respectfully requests that this Court enter an order concluding Defendants' defense and

barring further affirmative filings.

Respectfully submitted,

Johnny Horne, Trustee
JOHNNY LEE HORNE, private irrevocable foreign grantor trust

Date: 09-23-2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: [________]

JOHNNY LEE HORNE, private irrevocable foreign grantor trust,
Plaintiff,

v.

ADAM SCHWARTZ, ATLAS SOLOMON PLLC, et al.,
Defendants.

NOTICE OF PROHIBITION AGAINST EX PARTE COMMUNICATIONS

1. Plaintiff has filed and perfected a sworn Affidavit of Removal of State Jurisdiction to Federal Jurisdiction with Closure and No Charges, notarized and entered upon the federal ledger. Said affidavit remains unrebutted and therefore stands as truth in commerce.

2. Plaintiff has also filed a Notice of Conclusion of Defense and Bar Against Affirmative Filings, perfected and binding on the record.

3. Plaintiff has further prepared an Affidavit in Support of Motion of Prohibition Against Ex Parte Communications, sworn under penalty of perjury. Said affidavit-motion stands as sworn truth unless rebutted by affidavit of equal weight.

4. Any ex parte communication attempted by Defendants or their agents constitutes: (a) Violation of due process, (b) Fraud upon the Court, (c) Dishonor and misconduct, and (d) Direct injury against Plaintiff's Trust.

5. Plaintiff expressly prohibits all ex parte attempts in advance. Any such attempt will be recorded as misconduct, dishonor, and evidence of further liability.

6. Plaintiff demands that this Court proceed only upon the perfected, certified filings of record, and treat any ex parte act as void ab initio.

88

Respectfully submitted,

/s/ Johnny Horne
Trustee & Authorized Representative
JOHNNY LEE HORNE private irrevocable FGT

Date: 09-23-2025