AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Johnny-Horne TTEE

JOHNNY LEE HORNE Private Irrevocable FGT

Plaintiff(s)

v.

Servis One, Inc dba BSI Financial Services

Defendant(s)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Servis One Inc dba BSI Financial Services
C/O Incorp Services Inc, Registered Agent
3458 Lakeshore Drive
Tallahassee, FL 32312

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Johnny-Horne TTEE

JOHNNY LEE HORNE private Irrevocable FGT
c/o 11386 61 st N West Palm Beach FL [33412]
Phone 561-373-1731
Email fixitall.jh@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ______________________

______________________
*Signature of Clerk or Deputy Clerk*

81

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Johnny-Horne TTEE

JOHNNY LEE HORNE private Irrevocable FGT

Plaintiff(s)

v.

Adam G. Schwartz, Esq.;
Atlas | Solomon PLLC

Defendant(s)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
Adam G Schwartz, Esq.
819 SW Federal Highway, Suite 301
Stuart, FL 34994

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Johnny-Horne TTEE

JOHNNY LEE HORNE private Irrevocable FGT
c/o 11386 61st N West Palm Beach FL [33412]
Phone: 561 373-1731
Email fixitall.jh@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ______________

______________
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Johnny Lee-Horne TTEE

JOHNNY LEE HORNE private Irrevocable FGT

*Plaintiff(s)*

v.

Civil Action No.

UNLock Technologies, INC.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
UNLock Technologies, INC.
c/o Northwest Registered Agent LLC
7901 4th ST N, STE 300
ST Petersburg, FL 33702

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Johnny-Horne TTEE
JOHNNY LEE HORNE private Irrevocable FGT
C/O 11386 61 st N
West Palm Beach FL [33412]
phone: 561-373-1731
E-mail Fixitall.jh@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ______________________

______________________
*Signature of Clerk or Deputy Clerk*