**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 9:25-cv-81187-EA**

**Johnny Lee Horne,**

Plaintiff,

v.

**Atlas I Solomon PLLC, et al.,**

Defendants.
____________________________________/

**ORDER CLOSING CASE**

This cause is before the Court sua sponte. On December 8, 2025, this Court ordered the plaintiff to obtain counsel by January 7, 2026. [ECF No. 93]. This deadline was extended until February 6, 2026, at the plaintiff's request. [ECF No. 94, 95]. The plaintiff was warned that if he failed to obtain an attorney this Court would dismiss the case for failure to prosecute, as the plaintiff lacks standing to proceed based on the evidence he presented. *See J.J. Rissell, Allentown, PA Trust v. Marchelos*, 976 F.3d 1233, 1236 (11th Cir. 2020); [ECF Nos. 11 & 93]. To date, the plaintiff has not obtained counsel, nor has counsel filed a notice of appearance on the plaintiff's behalf. Therefore, it is **ORDERED AND ADJUDGED**:

1. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

2. The amended complaint [ECF No. 15] is **DISMISSED WITHOUT**

**PREJUDICE.**

3. All pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 9th day of February 2026.

ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Johnny Lee Horne**
11386 61st Street North
West Palm Beach, FL 33412
561-373-1731

**Eric Marc Levine**
Atlas Solomon PLLC
819 SW Federal Hwy
Suite 301
Stuart, FL 34994
772-247-0157
Email: elevine@atlas-solomon.com

**David Roderick Castellucci**
Sapurstein , Bloch, P.A.
9700 South Dixie Highway, Suite 1000
Miami, FL 33156
3056709500
Fax: 3056706900
Email: dcastellucci@sblawfirmfl.com

**Kerry Ann Cummings**
McGlinchey Stafford
101 NE 3rd Avenue
Ste 1810
Fort Lauderdale, FL 33301
954-356-2501
Email: kcummings@mcglinchey.com